# BID AND CONTRACT CONDITIONS

obligations in this subsection shall constitute a material breach of this Agreement.

(c)   **Nondiscrimination in Benefits.** Contractor does not as of the date of this Agreement, and will not during the term of this Agreement, in any of its operations in San Francisco, on real property owned by the City or where work is being performed for the City, discriminate in the provision of bereavement leave, family medical leave, health benefits, membership or membership discounts, moving expenses, pension and retirement benefits or travel benefits, and any benefits other than the benefits specified above, between employees with domestic partners and employees with spouses, or between the domestic partners and spouses of such employees, if the domestic partnership has been registered with a governmental entity pursuant to state or local law authorizing such registration, subject to conditions set forth in San Francisco Administrative Code Sec. 12B.2(b).

(d)   **Incorporation of Administrative Code Provisions by Reference.**

The provisions of Chapters 12B and 12C of the San Francisco Administrative Code are incorporated by reference and made a part of this Agreement as though fully set forth herein. Contractor shall comply fully with and be bound by all of the provisions that apply to this Agreement under such Chapters of the Administrative Code, including but not limited to the remedies provided in such Chapters. Without limiting the foregoing, Contractor understands that pursuant to Section 12B.2(h) of the San Francisco Administrative Code, a penalty of $50 for each person for each calendar day during which such person was discriminated against in violation of the provisions of this Agreement may be assessed against Contractor and/or deducted from any payments due Contractor.

## 25.   Disadvantaged Business Enterprise Utilization; Liquidated Damages

a.   **The DBE Ordinance.** Contractor, shall comply with all the requirements of the Disadvantaged Business Enterprise Ordinance set forth in Chapter 14A of the San Francisco Administrative Code as it now exists or as it may be amended in the future (collectively the "DBE Ordinance"), provided such amendments do not materially increase Contractor's obligations or liabilities, or materially diminish Contractor's rights, under this agreement. Such provisions of the DBE Ordinance are incorporated by reference and made a part of this Agreement as though fully set forth in this section. Contractor's willful failure to comply with any applicable provision of the DBE Ordinance is a material breach of Contractor's obligations under this Agreement and shall entitle City, subject to any applicable notice and cure provisions set forth in this Agreement, to exercise any of the remedies provided for under this Agreement, under the DBE Ordinance or otherwise available at law or in equity, which remedies shall be cumulative unless this Agreement expressly provides that any remedy is exclusive. In addition, Contractor shall comply fully with all other applicable local, state and federal laws prohibiting discrimination and requiring equal opportunity in contracting, including subcontracting.

b.   Compliance and Enforcement.

I.   **Enforcement.** If Contractor willfully fails to comply with any of the provisions of the DBE Ordinance, the rules and regulations implementing the DBE Ordinance, or the provisions of this Agreement pertaining to DBE participation, Contractor shall be liable for liquidated damages in an amount equal to Contractor's net profit on this Agreement, or 10% of the total amount of this Agreement, or $1,000, whichever is greatest. The Director of the City's Human Rights Commission or any other public official authorized to enforce the DBE Ordinance (separately and collectively, the "Director of HRC") may also impose other sanctions against Contractor authorized in the DBE Ordinance, including declaring the Contractor to be irresponsible and ineligible to contract with the City for a period of up to five years or revocation of the Contractor's DBE certification. The Director of HRC will determine the sanctions to be imposed, including the amount of liquidated damages, after investigation pursuant to Administrative Code §14A.13(B).

By entering into this Agreement, Contractor acknowledges and agrees that any liquidated damages assessed by the Director of the HRC shall be payable to City upon demand. Contractor further acknowledges and agrees that any liquidated damages assessed may be withheld from any nies due to Contractor on any contract with City.

Contractor agrees to maintain records necessary for monitoring its compliance with the DBE Ordinance for a period of three years following termination or expiration of this Agreement, and shall make such records

available for audit and inspection by the Director of HRC or the Controller upon request.

## 26.   MacBride Principles – Northern Ireland

The City and County of San Francisco urges companies doing business in Northern Ireland to move towards resolving employment inequities, and encourages such companies to abide by the MacBride Principles. The City and County of San Francisco urges San Francisco companies to do business with corporations that abide by the MacBride Principles.

## 27.   Tropical Hardwood and Virgin Redwood Ban

The City and County of San Francisco urges contractors not to import, purchase, obtain, or use for any purpose, any tropical hardwood, tropical hardwood product, virgin redwood or virgin redwood product. If this order is for wood products or a service involving wood products: (a) Chapter 8 of the Environment Code is incorporated herein and by reference made a part hereof as though fully set forth. (b) Except as expressly permitted by the application of Sections 802(B), 803(B), and 804(B) of the Environment Code, Contractor shall not provide any items to the City in performance of this contract which are tropical hardwoods, tropical hardwood products, virgin redwood or virgin redwood products. (c) Failure of Contractor to comply with any of the requirements of Chapter 8 of the Environment Code shall be deemed a material breach of contract.

## 28.   Resource Conservation

Contractor agrees to comply fully with the provisions of Chapter 5 of the San Francisco Environment Code ("Resource Conservation"), as amended from time to time. Said provisions are incorporated herein by reference

## 29.   Submitting False Claims; Monetary Penalties

Any contractor, subcontractor or consultant who commits any of the following acts shall be liable to the City for three times the amount of damages which the City sustains because of the act of that contractor, subcontractor or consultant. A contractor, subcontractor or consultant who commits any of the following acts shall also be liable to the City for the costs, including attorney's fees, of a civil action brought to recover any of those penalties or damages, and may be liable to the City for a civil penalty of up to $10,000 for each false claim: (a) Knowingly presents or causes to be presented to an officer or employee of the City a false claim or request for payment or approval. (b) Knowingly makes, uses, or causes to be made or used a false record or statement to get a false claim paid or approved by the City. (c) Conspires to defraud the City by getting a false claim allowed or paid by the City. (d) Knowingly makes, uses, or causes to be made or used a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the City. (e) Is a beneficiary of an inadvertent submission of a false claim to the City, subsequently discovers the falsity of the claim, and fails to disclose the false claim to the City within a reasonable time after discovery of the false claim.

## 30.   Liability of City

CITY'S PAYMENT OBLIGATIONS UNDER THIS CONTRACT SHALL BE LIMITED TO THE PAYMENT OF THE COMPENSATION PROVIDED FOR UNDER THIS CONTRACT. NOTWITHSTANDING ANY OTHER PROVISION OF THIS CONTRACT, IN NO EVENT SHALL CITY BE LIABLE, REGARDLESS OF WHETHER ANY CLAIM IS BASED ON CONTRACT OR TORT, FOR ANY SPECIAL, CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT OR THE SERVICES PERFORMED IN CONNECTION WITH THIS CONTRACT.

## 31.   Drug-Free Workplace Policy

Contractor acknowledges that pursuant to the Federal Drug-Free Workplace Act of 1989, the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance is prohibited on City premises. Contractor agrees that any violation of this prohibition by Contractor, its employees, agents, or assigns will be deemed a material breach of this Contract.

## 32.   Compliance with American with Disabilities Act

Contractor acknowledges that, pursuant to the Americans with Disabilities Act (ADA), programs, services and other activities provided by a public entity to the public, whether directly or through a contractor, must be accessible to the disabled public. Contractor shall provide the services specified in this

# BID AND CONTRACT CONDITIONS

Contract in a manner that complies with the ADA and any and all other applicable federal, state and local disability rights legislation. Contractor agrees not to discriminate against disabled persons in the provision of services, benefits or activities provided under this Contract and further agrees that any violation of this prohibition on the part of Contractor, its employees, agents or assigns will constitute a material breach of this Contract.

## 33. Compliance with Laws

Contractor shall keep itself fully informed of the City's Charter, codes, ordinances and regulations of the City and of all state, and federal laws in any manner affecting the performance of this Contract, and must at all times comply with such local codes, ordinances, and regulations and all applicable laws as they may be amended from time to time.

## 34. Bid Protests

Bid protests for purchases of Commodities in excess of $50,000 shall be submitted and responded to in accordance with Rules and Regulations 21.3(i) pertaining to the San Francisco Administrative Code, Chapter 21.

Printed on 30% PCW Recycled Paper

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## GENERAL CONDITIONS

These terms and conditions supplement the City's Bid and Contract Conditions. In the event of a conflict between these conditions and the preceding Bid and Contract Conditions, these conditions take precedence.

**35.    CONTRACT TERM**

The contract period shall be for thirty (30) months. The term of this contract is the period from award execution date, approximately November 1, 2004, or the above stated term date whichever is later, through the last day of the month of April 30, 2007 consecutive month period or a total expenditure amount of $10,000,000 whichever comes first.

**RESPONSE**
**Office Depot agrees to the above Contract Terms.**

**36.    CONTRACT EXTENSION**

This contract may be extended, all or in part, for a period or periods up to one year by mutual agreement in writing. The maximum contract period shall not be more than 10 years.

**RESPONSE**
**Office Depot agrees to the above Contract Extension Terms.**

**37.    TOLL-FREE TELEPHONE NUMBER**

A contractor located outside of San Francisco is encouraged to provide free telephone services for placing orders. This requirement can be met by providing a toll-free telephone number or accepting collect calls. The free service will be a consideration in evaluating this bid.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with a toll free number for all calls and inquiries. We have provided the number in the "Required Information" portion of this bid.**

**Please see Tab Section 4.**

**38.    DBE COMPLIANCE DECLARATION, HRC FORM 3**

See attached Standard Bid forms, P-225, Item 1.

**RESPONSE**
**Office Depot has enclosed the signed DBE Compliance Declaration form with this bid package.**

**Please see Tab Section 5.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

39. **Omitted by Agreement of the Parties**

    **RESPONSE**
    Acknowledged.

40. **DBE ORDINANCE PURCHASES.**

    To qualify for a bid discount under the provisions of Admin. Code Chapter 14A, a DBE must be certified by the Human Rights Commission by the Bid Due date.

    The certification application is available from HRC, (415) 252-2500, and on the web at:

    "http://www.ci.sf.ca.us/sfhumanrights/attachment.htm"

    Click on "Certification Application (Schedule D)".

    **RESPONSE**
    **Office Depot is not a DBE and will not be filing for DBE status. However, Office Depot is committed to increasing the amount of product and services that we obtain directly from MWDVE owned businesses.**

    **- MWDVE  - Minority, Woman, Disabled Veteran Enterprise.**

    **Supporting the economic development of the communities we serve and live is a part of our Corporate culture and Diversity Program goals. Strengthening our focus on supplier diversity development helps us more effectively serve our customers. By providing solutions to DBE minority purchasing concerns, while providing the highest quality office products and services at the lowest cost is a vital part of our Diversity Program.**

    **We have enclosed information on our vendor diversity program with this bid pacakage.**

    **Please see Tab Section 11.**

41. **CLAIM FOR PREFERENCE**

    To claim preference under the DBE Ordinance, see Bid Questionnaire attached.

    **RESPONSE**
    **Office Depot is not claiming DBE preference.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

---

**42.    BID PREFERENCE FOR BROKERAGE SERVICES**

Pursuant to Section 14A.8 of the Admin. Code, a bid preference will only be awarded to a DBE, or DBE joint venture where the DBE's participation in the joint venture exceeds 35 percent, directly responsible for providing materials, equipment, supplies or services to City as required by the Bid solicitation.  A DBE will be deemed to be directly responsible for providing the required commodity or service only if it regularly does business as a manufacturer, or authorized manufacturer's representative, dealer or distributor, stocking distributor, franchisee, licensee, service provided, or has another direct agency relationship with the manufacturer or provider of the solicited commodity or service, and has been so certified by HRC.

A DBE will be considered to be "regularly doing business," as that term is used in the foregoing paragraph, if in the normal course of business, it stocks, warehouses or distributes commodities to businesses or entities other than public entities having a disadvantaged business preference program.  Such a determination will be subject to audit by HRC.

No preference will be given to a DBE engaging in brokerage, referral or temporary employment services not meeting this definition, unless those services are required and specifically requested by the department.

**RESPONSE**
**Office Depot is not a DBE and is not claiming a DBE preference.**

**43.    DBE SUBCONTRACTING**

**A.    Subcontracting to DBEs**

Bidder is encouraged to make good faith efforts to award subcontracts to City and County of San Francisco-certified DBEs.  This can be achieved through subcontracting, sub-consulting or supply opportunities.  With the bid, the bidder is encouraged to provide a description of the type of good faith efforts the bidder estimates it may make under the contract.

**RESPONSE**
**Office Depot has a vendor diversity program in place and makes every effort to support DBE Program Development.**

**Supply Chain Diversity Corporate Commitment:**

**"We are committed to strengthening our focus on supplier diversity to ensure that our supplier base adequately reflects today's global marketplace. We are partnering with the National Minority Supplier Development Council, the Women's Business Enterprise National Council and others who share our common goals. Improving the economic development of the communities we serve and live in is part of the Diversity Process goal.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

Strengthening our focus on supplier diversity development will help us serve our customers more effectively. Providing solutions to corporate minority purchasing concerns, providing the highest quality office products and services at the lowest cost is also a vital part of our Diversity Process."

- Bruce Nelson, Chief Executive Officer-Office Depot, Inc.

*Supply Chain Diversity*
Supply Chain Diversity is defined as the proactive business process that seeks to provide all vendors and suppliers equal access to purchasing opportunities. It promotes vendor and supplier participation that reflects our increasingly diverse business community and encourages economic development. Office Depot has two sides to purchasing. Supply Chain Diversity encompasses both sides with Vendor Diversity (purchase of products for resale) and Supplier Diversity (purchase of goods and services for internal Use).

The Supply Chain Diversity Team has made great strides to reinforce Office Depot's commitment to improving economic development. Office Depot actively seeks out promising HUBs* (Historically Underutilized Businesses, which include: Minority, Women, Disabled, Veteran, Disabled-Veteran, and Small (SBA 8(a), SDB, and HUB Zone) enterprises) to ensure equal opportunity in the Office Depot supplier selection process. The Team has also formed mentoring relationships with current and potential HUBs to assist in raising their capabilities from primarily local or regional players to being potential competitors for national and international business. Office Depot is dedicated to not only seeking out and retaining these businesses as vendors, but more importantly, to the establishment of mentoring and training relationships that ensure HUBs are equipped to grow and prosper in today's marketplace. Through this effort Office Depot has made a significant contribution to the prosperity of the communities in which we live and serve.

*Facts about Vendor Diversity*

The Office Depot Vendor Diversity Team has officially been in place since December of 1999 and has accomplished the following:

- In 1999, the Office Depot commitment to HUB business resulted in over $290 million dollars in sales from HUB products.
- In 2000, Office Depot had sales of over $365 million in HUB products.
- In 2001, Office Depot increased sales to over $400 million in HUB products.
- In 2002, HUB products sales at Office Depot increased to over $415 million.

*Facts about Supplier Diversity*

The Office Depot Supplier Diversity Team, which is located in our Internal Procurement Services Department, officially began in 2002, but has already achieved so much. For example:

- In 2002, Office Depot identified a team specifically responsible for implementing Supplier Diversity throughout Office Depot.
- In 2003, Office Depot identified hundreds of current suppliers that have the ability to pursue HUB Certification.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## GENERAL CONDITIONS

♦   **In 2003, Office Depot's Internal Procurement Officers worked with the Florida Regional Minority Business Council to create a comprehensive janitorial outsourcing program.**

**We have enclosed information on our DBE efforts with this bid package.**

**Please see Tab Section 11.**

B.   <u>Examples of Good Faith Efforts</u>

"Good Faith Efforts" include but are not limited to the following:

(1)   Identifying and selecting specific products or services which can be subcontracted to certified DBEs.

(2)   Providing written notice to potential DBE subcontractors that Bidder will be bidding on this Contract and will be seeking subcontractors.

(3)   Advertising in one or more daily or weekly newspapers, trade association publications, trade oriented publications, trade journals, or other media specified by the City, for DBEs that are interested in participating in the project.

(4)   Following up on initial notices the Contractor sent to DBEs by contacting the DBEs to determine whether they were interested in performing specific parts of the project.

(5)   Providing interested DBEs with information about the scope of work.

(6)   Negotiating in good faith with the DBEs, and not unjustifiably rejecting as unsatisfactory proposals prepared by any DBEs, as determined by the City.

(7)   Where applicable, advising and making efforts to assist interested DBEs in obtaining insurance required by the City and the prime contractor.

(8)   Making efforts to obtain DBE participation that the City could reasonably expect would produce a level of participation sufficient to meet the City's goals and requirements.

<u>RESPONSE</u>
**Office Depot will comply with all of the above "Good Faith" efforts.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

C.   Examples of Subcontracting

The following are examples of products or services which could be subcontracted under this Contract.  The list is not intended to be exhaustive:

(1)   the products or services which the vendor in turn sells to the City, or components of those products; (see Page 1 of the bid sheet);

(2)   packing containers and materials used to ship the City's order;

(3)   services of the carrier who delivers the City's orders;

(4)   Pro rata share of DBE spending which is part of the vendor's general and administrative expenses, if the vendor can show that the pro rata share can be reasonably allocated to this contract.

**RESPONSE**
**Office Depot will comply with all of the above Subcontracting examples.**

D.   Reports

On a quarterly (January 1 – March 31, April 1 – June 30, July 1 – September 30, October 1 – December 31) basis, the Contractor will provide Purchasing with reports on DBE subcontracting under this Contract.  The report must include a narrative description of the good faith efforts, if any, the Contractor has made during the quarter to provide subcontracting opportunities to DBEs.

**RESPONSE**
**Office Depot will provide the City with a quarterly usage report detailing all DBE items purchased along with a narrative description of our "Good Faith" efforts.**

E.   HRC Data on DBEs

Contractor will obtain from HRC a copy of HRC's database of DBEs, and this or other information from HRC, shall be the basis for determining whether a DBE is confirmed with HRC.  Contractor will obtained an updated copy of HRC's database at least **quarterly**. Please call HRC at (415) 252-2500.

**RESPONSE**
**Office Depot will comply with the above HRC Data on DBE's requirement.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

---

**44.   PRE-BID CONFERENCE**

A Pre-bid Conference will be held as follows:

| | |
|---|---|
| **Location:** | **City and County of San Francisco** |
| | **1 Dr. Carlton B. Goodlett Place** |
| | **City Hall, Room 431** |
| | **San Francisco, CA 94102** |
| | |
| **Date and Time:** | **September 16, 2004, 9:00 a.m.** |

Though not mandatory, attendance at the conference is strongly urged for all prospective bidders on this contract.

It is requested that bidder's questions concerning this Contract Proposal be submitted by mail or fax at least 72 hours prior to the date and time of the Pre-bid Conference and directed to:

Mike Ward, Assistant Director of Purchasing
City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Goodlett Place
San Francisco, CA 94102-4685

Please reference Contract Proposal No. 96703

The Pre-bid Conference will begin at the time specified, and company representatives are urged to arrive on time. Topics already covered will not be repeated for the benefit of late arrivals. Failure to attend the Pre-bid Conference shall not excuse the successful bidder from any obligations of the contract. Written Change Notice will execute any change or addition to the requirements contained in this Contract Proposal, as a result of the Pre-bid Conference.

**RESPONSE**
**Office Depot has attended the above pre-bid meeting.**

**45.   AUDIT AND INSPECTION OF RECORDS**

Contractor agrees to maintain and make available to City during business hours accurate books and accounting records relative to its activities under this Contract. Contractor will permit City to audit, examine and make excerpts and transcripts from such books and records, and to make audits of all invoices, materials, payrolls, records or personnel and other data related to all other matters covered by this Contract, whether funded in whole or in part under this Contract.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

Contractor shall maintain such data and records in an accessible location and condition for a period of not less than five years after final payment under this Contract or until after final audit has been resolved, whichever is later.  The State of California or any federal agency having an interest in the subject of this Contract shall have the same rights conferred upon City by this Article.

**RESPONSE**
**Office Depot will comply with the above Auditing and Inspection of Records requirement.  Our management team will provide the City and its Departments with any assistance and materials needed to audit and verify our records.  Office Depot will maintain all documents for a period of not less than five years after final payment under this Contract or until after any final audits have been resolved.**

46.   **CONFLICT OF INTEREST**

Through its execution of this Contract, Contractor acknowledges that it is familiar with the provision of Section 15.103 of the City's Charter, Article III, Chapter 2 of City's Campaign and Governmental Conduct Code, and Section 87100 et seq. and Section 1090 et seq. of the Government Code of the State of California, and certifies that it does not know of any facts which constitutes a violation of said provisions and agrees that it will immediately notify the City if it becomes aware of any such fact during the term of this Contract.

**RESPONSE**
**Office Depot is familiar with the above provision and will comply with its codes.**

47.   **NON-WAIVER OF RIGHTS**

The omission by either party at anytime to enforce any default or right reserved to it, or to require performance of any of the terms, covenants, or provisions hereof by the other party at the time designated, shall not be a waiver of any such default or right to which the party is entitled, nor shall in any way affect the right of the party to enforce such provisions thereafter.

**RESPONSE**
**Office Depot will comply with the above Non-Waiver of Rights terms.**

48.   **CONTRACTOR'S DEFAULT**

If Contractor fails to fulfill its obligations under this contract proposal, whether or not said obligations are specified in this section, Purchasing reserves the right to: (a) terminate this contract at no cost to the City; (b) take action in accordance with Sections 17 and 19, or (c) exercise any other legal or equitable remedy.

**RESPONSE**
**Office Depot will comply with the above Contractor's Default terms.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

**49.   BANKRUPTCY**

In the event that either party shall cease conducting business in the normal course, become insolvent, make a general assignment for the benefit of creditors, suffer or permit the appointment of a receiver for its business or assets or shall avail itself of, or become subject to, any proceeding under the Federal Bankruptcy Act or any other statute of any state relating to insolvency or the protection of rights of creditors, then at the option of the other party this contract shall terminate and be of no further force and effect, and any property or rights of such other party, tangible or intangible, shall forthwith be returned to it.

**RESPONSE**
**Office Depot will comply with the above Bankruptcy terms.**

**50.   INCIDENTAL AND CONSEQUENTIAL DAMAGES**

Contractor shall be responsible for incidental and consequential damages resulting in whole or in part from Contractor's acts or omissions.  Nothing in this Agreement shall constitute a waiver or limitation of any rights which City may have under applicable law.

**RESPONSE**
**Office Depot will comply with the above Incidental and Consequential Damages terms.**

**51.   REPORTS BY CONTRACTOR**

**MULTI-YEAR TERM CONTRACT**

Each year, ninety (90) days before each anniversary date of this contract, Contractor must furnish a report of the total items ordered under this contract during the preceding twelve months.  The report must be in a format acceptable to the City and must list by department or location the following: (1) all items awarded under this contract; and, (2) total quantity and dollar value of each item ordered, including items for which there were no orders.  Contractor must also furnish a separate similar report for the total of all items ordered by City which are not part of this contract.  Contractor shall send the reports to:

Mike Ward, Assistant Director of Purchasing
Re:  Term Contract No. 96703
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4685

**RESPONSE**
**Office Depot will provide the City and County of San Francisco will all required reports in the time frames specified.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## GENERAL CONDITIONS

**52.   NOTICE TO PARTIES**

All notices to be given by the parties hereto shall be in writing, and served by depositing same in the United States Post Office, postage paid, and registered as follows:

Director of Purchasing
City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4685

**RESPONSE**
**Office Depot will comply with the above Notice to Parties requirement.**

**53.   SUBCONTRACTING**

Contractor is prohibited from subcontracting the direct supply of commodities under this contract unless such subcontracting is agreed to in writing by Purchasing.  No party on the basis of this contract shall in any way contract on behalf of or in the name of the other party of this contract, and violation of this provision shall confer no rights on any party and any action taken shall be void.

**RESPONSE**
**Office Depot will comply with the above Subcontracting provision.**

**54.   INDEPENDENT CONTRACTOR**

Contractor or any agent or employee of Contractor shall be deemed at all times to be an independent contractor and is wholly responsible for the manner in which it performs the services and work requested by City under this Contract.  Contractor or any agent or employee of Contractor shall not have employee status with City, nor be entitled to participate in any plans, arrangements, or distributions by City pertaining to or in connection with any retirement, health or other benefits that City may offer its employees.  Contractor or any agent or employee of Contractor is liable for the acts and omissions of itself, its employees and its agents.  Contractor shall be responsible for all obligations and payments, whether imposed by federal, state or local law, including, but not limited to, FICA, income tax withholdings, unemployment compensation, insurance, and other similar responsibilities related to Contractor's performing services and work, or any agent or employee of Contractor providing same.  Nothing in this Contract shall be construed as creating an employment or agency relationship between City and Contractor or any agent or employee of Contractor.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

Any terms in this Contract referring to direction from City shall be construed as providing for direction as to policy and the result of Contractor's work only, and not as to the means by which such a result is obtained. City does not retain the right to control the means or the method by which Contractor performs work under this Contract.

**RESPONSE**
**Office Depot will comply with the above Independent Contractor terms.**

55. **SEVERABILITY**

Should the application of any provision of this Contract to any particular facts or circumstances be found by a court of competent jurisdiction to be invalid or unenforceable, then (a) the validity of other provisions of this Contract shall not be affected or impaired thereby, and (b) such provision shall be enforced to the maximum extent possible so as to effect the intent of the parties and shall be reformed without further action by the parties to the extent necessary to make such provision valid and enforceable.

**RESPONSE**
**Office Depot will comply with the above Severability provision.**

56. **EMERGENCY - PRIORITY 1 SERVICE**

In case of an emergency that affects any part of the San Francisco Bay Area, Contractor will give the City and County of San Francisco Priority 1 service. Contractor will make every good faith effort in attempting to deliver products using all modes of transportation available.

Contractor shall provide a 24-hour emergency telephone number of a company representative who is able to receive and process orders for immediate delivery or will call in the event of an emergency.

In addition, the Contractor shall charge fair and competitive prices for items and services ordered during an emergency and not covered under the awarded contract.

**RESPONSE**
**Office Depot will comply with the Emergency – Priority 1 Service requirements. Our 24-hour emergency telephone number is provided in the "Required Information" portion of this bid.**

**Please see Tab 4.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

---

57. **REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION – IRS FORM W-9**

See attached Standard Bid Forms, P-225, Item 4.

**RESPONSE**
**Office Depot has enclosed our IRS Form W-9 with this bid package.**

**Please see Tab Section 6.**

58. **TERM BID – QUANTITIES**

This is a term, indefinite quantities contract.  Unless otherwise specified herein, deliveries will be required in quantities and at times as ordered during the period of the contract.

Estimated quantities are approximate only.  City, in its sole discretion, may purchase any greater or lesser quantity.

Purchasing may make minor purchases of items requested in City's advertisement for bids or contractor's bid from other vendors when Purchasing determines, in its sole discretion, that the City has an immediate need for such items or that it is not practical to purchase against this contract.

**RESPONSE**
**Office Depot understands the above Term Bid – Quantities terms.**

59. **ADDITIONAL ITEMS – NOT USED**

**RESPONSE** - **Acknowledged**

60. **EARNED INCOME CREDIT (EIC) FORMS**

Administrative Code section 120 requires that employers provide their employees with IRS Form W-5 (The Earned Income Credit Advance Payment Certificate) and the IRS EIC Schedule, as set forth below.  Employers can locate these forms at the IRS Office, on the Internet, or anywhere that Federal Tax Forms can be found.

(a)     Contractor shall provide the Earned Income Credit (EIC) Forms to each Eligible Employee at each of the following times:  (i) within thirty (30) days following the date on which the applicable Contract or Contract Amendment becomes effective (unless Contractor has already provided such EIC Forms at least once during the calendar year in question); (ii) promptly after any Eligible Employee is hired by Contractor; and (iii) annually between January 1 and January 31 of each calendar year during the term of the Contract.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

(b)     Failure to comply with the foregoing requirement shall constitute a material breach by Contractor of the terms of the Contract.

(c)     If within 30 days after the Contractor receives written notice of such a breach, Contractor fails to cure such breach or, if such breach cannot reasonably be cured within such period of thirty (30) days, Contractor fails to commence efforts to cure within such period, or thereafter fails to diligently pursue such cure to completion, the City may pursue any rights or remedies available under the terms of the Contract or under applicable law.

**RESPONSE**
**Office Depot is compliant with the above Earned Income Credit Forms requirements.**

## 61.     NOTIFICATION OF LIMITATIONS ON CONTRIBUTIONS

Through execution of this Contract, Contractor acknowledges that it is familiar with section 1.126 of the City's Campaign and Governmental Conduct Code, which prohibits any person who contracts with the City for the rendition of personal services or for the furnishing of any material, supplies or equipment to the City, whenever such transaction would require approval by a City elective officer of the board on which that City elective officer serves, from making any campaign contribution to the officer at any time from the commencement of negotiations for the contract until the later of either (1) the termination of negotiations for such contract or (2) three months after the date the contract is approved by the City elective officer or the board on which that City elective officer serves.

**RESPONSE**
**Office Depot is familiar with the above code and will comply with the above Notification of Limitations on Contributions rules and regulations.**

## 62.     PRESERVATIVE-TREATED WOOD CONTAINING ARSENIC

Contractor may not purchase preservative-treated wood products containing arsenic in the performance of this Agreement unless an exemption from the requirements of Chapter 13 of the San Francisco Environment Code is obtained from the Department of the Environment under Section 1304 of the Code. The term "preservative-treated wood containing arsenic" shall mean wood treated with a preservative that contains arsenic, elemental arsenic or an arsenic copper combination, including, but not limited to, chromated copper arsenate preservative, ammoniacal copper zinc arsenate preservative, or ammoniacal copper arsenate preservative. Contractor may purchase preservative-treated wood products on the list of environmentally preferable alternatives prepared and adopted by the Department of the Environment.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## GENERAL CONDITIONS

This provision does not preclude Contractor from purchasing preservative-treated wood containing arsenic for saltwater immersion.  The term "saltwater immersion" shall mean a pressure-treated wood that is used for construction purposes or facilities that are partially or totally immersed in saltwater.

**RESPONSE**
**Office Depot complies with the above condition.  Office Depot does not purchase any wood products that contain arsenic or pressure-treated wood that is used for saltwater immersion.**

63. **CONTRACT PRODUCT/SERVICE QUALITY REPORT**

The attached report (Attachment "A") will be provided to departments using this contract.  Users of the contract may complete and return these reports at any time during the life of the contract.  The purpose of the report is to monitor contractor performance and determine supplier successes or shortcomings.  Each report will be sent to the awarded/supplier/contractor.  They will have an opportunity to respond to the information provided by the department.  Quality reports that go unresolved to the satisfaction of the Purchaser may be used as a basis for commencement of partial or complete contract default proceedings.

**RESPONSE**
**Office Depot has reviewed Attachment A, Contract Product/Service Quality Report, and will immediately respond to and resolve any quality issues, should they arise.**

64. **PROHIBITION ON POLITICAL ACTIVITY WITH CITY FUNDS**

In accordance with San Francisco Administrative Code Chapter 12.G, Contractor may not participate in, support, or attempt to influence any political campaign for a candidate or for a ballot measure (collectively, "Political Activity") in the performance of the services provided under this contract.  Contractor agrees to comply with San Francisco Administrative Code Chapter 12.G and any implementing rules and regulations promulgated by the City's Controller.  The terms and provisions of Chapter 12.G are incorporated herein by this reference.  In the event Contractor violates the provisions of this section, the City may, in addition to any other rights or remedies available hereunder, (i) terminate this contract, and (ii) prohibit Contractor from bidding on or receiving any new City contract for a period of two (2) years.  The Controller will not consider Contractor's use of profit as a violation of this section.

**RESPONSE**
**Office Depot complies with the above code rules and regulations.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

### GENERAL CONDITIONS

65.   **MODIFICATION OF AGREEMENT**

This Agreement may not be modified, nor may compliance with any of its terms be waived, except by written instrument executed and approved in the same manner as this Agreement.

**RESPONSE**
**Office Depot will comply with the above Modification of Agreement terms.**

**END OF GENERAL CONDITIONS**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

### 66.    PURPOSE

The purpose of this contract proposal is to solicit bids from qualified contractors to provide office products and related services to all City and County of San Francisco departments.  These departments may be located outside of the City and County of San Francisco boundary limits.

Office products are purchased and delivered (desktop) for use by approximately 27,000 employees located in 65 City and County of San Francisco Departments.

The current estimated annual expenditure for office products is approximately $4 million.  The "City" is seeking a supply contractor who can pro-actively reduce the City's cost of acquisition, manage customer relations and customer satisfaction.  Electronic entry process and complete order on time delivery are also key elements in the contractor management process.

The "City" is also looking to increase local business participation (City of San Francisco) in this contract.

The City encourages all qualified local office supply businesses to participate in this contract proposal.  Also, large (non-local) supply contractors should attempt to joint venture or sub-contract with local San Francisco office product suppliers.

**RESPONSE**
**Office Depot will help the City and County of San Francisco tailor programs to reduce the overall cost of acquisition, help manage customer relations and customer satisfaction.**

**We will provide a quarterly and annual review summary of contract activity, product delivery, pricing strategy, cost savings realized and projected, warranty response time and continuous improvement goals for the City and County of San Francisco. We are confident that you will find our performance to be efficient and reliable. Furthermore, by selecting Office Depot you will find a financially solid supplier which ensures quality products, high fill rates, stable operating systems, leading-edge technology, an award winning on-line internet site, and an investment in a successful partnership.**

**Operational objectives**

- **99% or better next day/on-time delivery**
- **99.5% order fill rate**
- **Routing of pick ups of customer returns within 2 hours**

**Continually improvement of quality**

- **Define new ways to handle customer needs**
- **Visit customers and ask, "How are we doing?"**
- **Train employees to understand the full meaning of "empowerment"**
- **Implement and maintain a quality system**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

### Validating the effectiveness of our quality programs

- Customer feedback loops that are monitored by an independent third party quarterly
- By continually reviewing the quality system
- Conduct internal and external quality audits
- Encourage associate participation in the development and maintenance of our quality system

### Encouraging the active participation from our employees

- Associate committees
- Quality Action Teams (QAT)
- Safety Committee
- Monthly Associate Meetings (all hands)
- Regular Huddle Meetings

## Departmental and City Business Review Format



CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

For almost 18 years, Office Depot has strived to provide our valued customers with the very best in office products, solutions, and services. Our customers are the reason we have become the industry leader.

We continually monitor our performance through our Customer Service Index, Customer Report Card and our Customer Evaluation Survey. This is our barometer of performance and our CEO Bruce Nelson reviews these results. To ensure consistency throughout our operation, all members of the Operations team are trained to support all of our standards for excellence. This is accomplished through three levels of documentation:

♦   The first level is training and procedures specifying management's objectives for quality throughout all aspects of our operation as well as outline the approved operating procedures.
♦   The second level is work instructions that inform employees about the detailed methods necessary to carry out the functions required.
♦   The third level is through the constant monitoring of our performance both internally and through external sources.

With a documented quality system available online and in hard copy throughout our facilities, our employees are aware of the expectations and approved methods for work and can consistently produce the desired results. Our Quality Policy informs our employees as well as our customers of management's commitment to quality.

Consistent and accurate production through receiving, put away, replenishment, production, packing and routing and delivery departments ensure a quick turnaround on product and that it is available for customer orders in a minimal amount of time. The key to this is associate awareness and training on proper techniques and conduct.

We earn your business with every order. Our friendly, knowledgeable employees will provide you with information, support and solutions to help select the products and services that can best contribute to your business' growth. Knowledge paired with support has emerged as a key commitment for Office Depot in order to develop loyalty and affinity among both our customers and employees, making Office Depot the preferred place to shop.

Office Depot is committed to quality and to your satisfaction as our valued customer. It's why we look forward to every opportunity to meet and exceed your office supply needs. Throughout this response, you will find a comprehensive overview of Office Depot and our capabilities that we feel will suit your overall business needs.

67.   **SPECIFICATIONS**

"SEE CONTRACT AND OFF-CONTRACT LIST – SECTIONS A AND B"

**RESPONSE**
Office Depot has read the specifications for contract and off-contract items. Sections A and B are enclosed with this bid package. Please see Tab Section 3.

---

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

---

**68.   GENERAL QUALIFICATIONS AND REQUIREMENTS**

A.   In order to receive consideration, Bidder/Contractor must have in-depth technical knowledge and experience in the products covered by the contract.

**RESPONSE**
**Office Depot has in-depth technical knowledge and experience in the products covered by the contract.**

**Office Depot, Inc., founded in 1986, had annual sales in 2003 of almost $13 billion. We sell more office products to more customers in more countries than anyone else. Our distribution channels include stores, direct mail, contract delivery, the Internet and business-to-business electronic commerce. Viking Office Products, our wholly owned subsidiary, currently operates one of the industry's leading direct mail marketers of office products worldwide.**

B.   Contractor must have and maintain, throughout the contract term, and any extension thereof, stocking levels of 95% on all (contract) products required under this contract. Failure to maintain adequate stock may result in the Purchaser invoking the Contractor's Default clause (General Condition No. 48) of the contract.

**RESPONSE**
**Office Depot will comply with the above.**

**Office Depot delivers over a 99.5% fill rate.**

**97% of the items you order come from our inventory of items purchased direct from the factories we do not rely on third party wholesalers. Therefore, the chance of a back order is almost complete eliminated.**

C.   Contractor will be responsible for providing technical support and customer service to the City through Contractor's own personnel, equipment and facilities as well as through manufacturer's technical representatives. As part of this technical support and customer service, the Contractor must provide personnel with in-depth technical knowledge of the products the Contractor is providing under this contract, to answer questions and offer any assistance required by City personnel, during City business hours (7:00 A.M. – 5:00 P.M.).

**RESPONSE**
**Office Depot currently provides this service for all customers.**

**We earn our customers loyalty everyday with every order. Experience and the best training in the industry have been combined to produce excellence in execution of all aspects of our service to our customers. Our 50,000+ employees worldwide are part of a well designed and managed system that helps us focus on Excellence in Execution and Fanatical Customer Service every day with every order.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

## SPECIAL CONDITIONS

**The discipline that we have brought to the office products industry in the last three years has made a stunning impact on the way companies now view the role of an office products supplier. Your success is the most important thing to each of our employees. From our customer support group, warehouse staff, delivery team to our account management specialists each Office Depot employee has your best interests in mind everyday with every order.**

D.   Must be a distributor of office products and must be regularly engaged in the sale of such supplies.

### RESPONSE
**Office Depot is a distributor of office products and is regularly engaged in the sale of such supplies.**

E.   Maintain and/or have access to a local (Northern California) stock of approximately 12,000 or more items of stationery and office products required to meet City's needs. The proposer must also be able to stock and distribute proprietary items for the City.

### RESPONSE
**Office Depot's warehouse is located in Fremont California. We carry over 15,000 stock items of office products required to meet the City's needs. Office Depot will stock and distribute proprietary items for the City & County of San Francisco.**



**Fremont CSC #1135**
6700 Automall Parkway
Fremont, CA. 94538
Director: (510) 497-5412
Senior Sales Manager: (510) 497-5564
Customer Service Manager: 510) 497-5251
Number of Employees: 700
Number of SKU's: 19,000
Total Inventory Value:  $24,392,000
Total Square Footage: 475,000
Number of Office Depot Delivery Vehicles: 280

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

F.   Must have successfully performed on at least three (3) similar types of sales contracts in the last four (4) years.

**RESPONSE**
**Office Depot has successfully performed 3 similar types of sales contracts in the last four (4) years.  We have enclosed our references with the "Required Information" portion of this bid package.**

**Please see Tab 4.**


G.   Contractor's warehouse facility shall comply with Title III of the Americans with Disabilities Act Regulations (including Title 3 Accessibility Guidelines), and Title 24, State of California Building Code (California Accessibility Regulations) regarding handicapped persons' accessibility.

**RESPONSE**
**Each Office Depot facility complies with Title III of the Americans with Disabilities Act Regulations (including Title 3 Accessibility Guidelines), and Title 24, State of California Building Code (California Accessibility Regulations) regarding handicapped persons' accessibility.**


H.   The City may require Contractor to provide within seven (7) business days from the date they are requested to do so, information and documentation requested by Purchaser, including but not limited to: sources of supply, distribution, dealership or agency agreements and authorizations from manufacturer's they claim to represent, lines of credit with financial institutions from manufacturer's they claim to represent, lines of credit with financial institutions and suppliers, numbers of employees, trade references and any other information to determine the Contractor's fitness to supply the contract requirements.

**RESPONSE**
**Office Depot agrees to the above requirements.**


I.   The City reserves the right to reject any bid on which information submitted by Bidder fails to satisfy the City and/or Bidder is unable to supply information and documentation within the period of time requested.

**RESPONSE**
**Office Depot agrees to the above conditions.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

J.    The City reserves the right to inspect Contractor's place of business, including Contractor's existing stock prior to award or during the contract term, to aid Purchaser in determining Contractor's ability to satisfy the terms and conditions of the contract.

**RESPONSE**
**Office Depot will be happy to assist the City in this process. Office Depot would like the opportunity to offer the City & County of San Francisco a tour of our 600,000 square foot facility in Fremont, CA. We are confident this will demonstrate our unparalleled ability to service your account in the most efficient and professional manner possible.**

**In a Request for Quotation of this size words cannot completely describe all the strengths our employees provide to our large customers. Over the past eighteen years Office Depot has continuously focused on our future. We have carefully integrated each part of our business to maintain a large gap over our competitors in the way we provide consistent customer support and service for every customer at every point they touch our business. The result is when you work with Office Depot everyone in the company treats you with "Fanatical Customer Service". We lead the industry with our in-depth "Fanatical Customer Service" training for every person in our company. The capabilities, experience and training of each Office Depot employee is world class from the person pulling your order, delivering your supplies and all the way up to Bruce Nelson our CEO.**

**These qualities only emerge when you have an opportunity to visit our facilities and talk directly with the team that will be providing support to CCSF. As a result of this RFP reply we look forward to earning an opportunity to have you meet with Office Depot's CCSF Team Members. When you meet them you will be able to experience and understand the value of having one single way of managing customer relationships by providing Fanatical Customer Service.**

K.    Contractor must be capable of producing usage reports required under General Condition No. 51 of this contract.

**RESPONSE**
**Office Depot will comply with the above. We will furnish the City & County of San Francisco with a usage report of total items ordered under this contract during the preceding twelve months. This report will be in a format acceptable to the City and will list by department or location the following: (1) all items awarded under this contract; and, (2) total quantity and dollar value of each item ordered, including items for which there were no orders. Office Depot will also furnish a separate similar report for the total of all items ordered by the City which are not part of this contract.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

69.   **DELIVERY**

Delivery is to be made to the ordering department's desktop by common transportation carrier, by the contractor's own equipment or by other means so as to effect next day delivery.  THE CITY WILL PAY NO ADDITIONAL SHIPPING, DELIVERY OR HANDLING CHARGES.

**RESPONSE**
**Office Depot will provide the City with a Desktop delivery program.  There will be no charge for this type of delivery system.  All prices include delivery excluding special order items and furniture items.**

70.   **PRICE**

A.   Bid prices are to be firm for the term from award date through April 30, 2007.

**RESPONSE**
**Office Depot will comply with the above.**

B.   Only prices and discounts that appear on City Contract Proposal Bid Sheets will be considered.  No other pages with prices or discounts will not be considered.

**RESPONSE**
**Office Depot will comply with the above.**

C.   All prices shall be quoted F.O.B. Destination.

**RESPONSE**
**Office Depot will comply with the above.  All prices quoted are F.O.B. Destination.**

71.   **BID EVALUATION**

Except as otherwise noted on Bid Sheets, bid prices will be evaluated for each item based on the estimated quantity times the bid price or discount per specified unit, less any applicable DBE preference, (see General Conditions 40 through 42), applicable sales tax adjustment (see Special Condition 72) and cash discount see Special Condition 12).

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

Purchasing will attempt to evaluate this ("bid package" or "contract proposal" package) within thirty (30) days after receipt of bids(s).  If Purchasing requires additional evaluation time, all bidders will be notified in writing of the new expected award date".

**RESPONSE**
**Office Depot has complied with all bid sheet requirements as stated in the General Conditions 40 through 42.  Bid sheets are enclosed with this bid package.**

**Please see Tab 3.**

72.     ADJUSTMENT OF BID PRICE FOR SALES TAX

In accordance with Administrative Code Chapter 21C, for bid purposes, Purchasing will reduce your bid based on any sales tax revenue the City would receive from this purchase.

**RESPONSE**
**Office Depot makes a large contribution to the San Francisco economy.  Our Retail stores generate over $21 million in sales that contributes $210,000 in sales tax revenues to the City and County of San Francisco.  Our payroll includes 115 full time employees working in the City and County of San Francisco.**

73.     AWARD

Award will be made to the lowest responsive and responsible bidder in the aggregate as noted on the contract/off contract lists (Sections A and B).

In determining the award, Purchasing will take into consideration, but will not be limited to:

A.      Price (evaluated)
B.      Satisfactory review of bidders' qualifications.
C.      Any other factors deemed pertinent

**RESPONSE**
**Office Depot acknowledges the above and has extended our best contract/non contract pricing to the City & County of San Francisco.**