CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

**74.   AWARDED ITEMS**

A.   If during the term of the contract, a contract item is determined to be unacceptable for a particular use, and such is documented by a City Department and as determined by Purchasing, it is understood and agreed that the item will be canceled and removed from the contract without penalty to the City. The City's sole obligation to the vendor is payment of deliveries made prior to the cancellation date. City shall give the vendor ten days' notice prior to any cancellation. The City will purchase the required replacement item from any source and in the manner as determined by Purchasing.

**RESPONSE**
**Office Depot will comply with the above condition.**

B.   If a contracted item has been discontinued by the manufacturer or is deemed temporarily unavailable, it will be the responsibility of the Contractor to search the marketplace and find an acceptable equal substitute in the time required for delivery and at the contract price.

**RESPONSE**
**Office Depot will comply with the above condition.**

C.   Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging. Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.

**RESPONSE**
**Office Depot will comply with the above condition.**

**75.   ORDERING**

A.   Items to be furnished under this contract shall be ordered through the contractor's on-line ordering system.

**RESPONSE**
**Office Depot will comply with the above condition. Office Depot has been on the leading edge of electronic ordering since 1997 and has earned many on-line excellence awards for on-line ordering. Office Depot is the world's number three online retailer - generating $2.6 billion in Internet sales for FY'03 dwarfing all other office products companies online capabilities. Our online systems are consistent worldwide and provide our global customers a single platform for ordering in each market in 14 different languages. Spanish is available on our U.S. Website!**

**We have enclosed information on our on-line ordering capabilities with this bid package.**

**Please see Tab 12.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

B.   All invoices for payments shall show the Citywide Contract number, complete description of item, quantity and contract price.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with invoices for payment that will show your contract number, a complete description of Items, quantity, and contract prices on all invoices for payment.**

76.   **PAYMENT**

A.   The City agrees to pay for all products in accordance with the prices quoted in the successful bid and subject to any applicable discount provisions contained in said bid. Payments shall be made by the City to Contractor in arrears, for <u>completed orders</u>, throughout the term of the contract.

**RESPONSE**
**Office Depot agrees to the above condition.**

B.   Invoices submitted by the Contractor must be in a form acceptable to Purchasing and Controller. The contractor must have the capability of summary billing. Also, the summary billing should have the capability of directly invoicing each city department through a single electronic download to the Controller's Department. All amounts paid by the City to the Contractor shall be subject to the audit by the City.

**RESPONSE**
**Office Depot will comply with the above condition. Office Depot can provide the City and County of San Francisco with electronic summary billing. We will design a billing package that best suits the needs of the City. Specific billing requirements will be discussed and agreed upon at time of implementation. Accounts can be setup to require and/or validate specific account information at the time of order to guarantee that invoices are complete and accurate.**

**<u>Summary Billing Benefits</u>**
**- Automatically matches Invoices to statements**
**- Shows your purchase order/cost center numbers**
**- Breaks down costs by material and tax**
**- Analyzes cost center and ship to location**
**- One entry will pay all of the invoices billed during the billing cycle**
**- Summary provided daily, weekly, bi-weekly, monthly or customer specified cut-off dates**
**- Invoicing by order or cost center**
**- Procurement Card (Visa, Mastercard, AMEX)**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

## SPECIAL CONDITIONS

**Sorting Capabilities**
- **Customer number**
- **Customer department number**
- **Desktop location or end-user number**
- **Purchase order number**
- **Product description**

**Media Type**
- **Invoicing by order or cost center**
- **Procurement card**
- **Tape**
- **EDI**
- **Cassette**
- **Diskette**
- **Computer-to-Computer**
- **Email**

**We have enclosed information with this bid package on our electronic summary billing capabilities.  Please see Tab 13.**



CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

**77.   DEPARTMENT OF THE ENVIRONMENT REQUIREMENTS**

**Office Supply Catalog Requirements**

A.   The paper used to print the catalog must contain a minimum of 30% post-consumer recycled content.

**RESPONSE**
**The paper used to print our office supply catalog contains a minimum of 30% post-consumer recycled content. The cover of our office supply catalog is printed on paper containing 10% post consumer fibers and is ECF (Elemental chlorine free). All other catalogs we provide are printed on environmentally preferable paper that is made entirely from postconsumer waste (PCW) recycled fiber that was manufactured without using elemental chlorine.**

B.   The contractor should accept spent toner cartridges from City departments. The contractor must recycle the toner cartridges.

**RESPONSE**
**Office Depot will accept spent toner cartridges from City departments. Ink and toner cartridges may be picked up by your Office Depot driver or placed in a specially-marked box and mailed in the prepaid plastic mailer bag that comes with each new Office Depot cartridge.**

**Please see the Supplemental Questionnaire, Tab 4, for more information on our toner cartridge recycling program.**

C.   The contractor must also have an online catalog with the capability of adding and blocking products available for City purchase.

**RESPONSE**
**Yes. Office Depot can provide the City with an online catalog with the capability of adding and blocking products.**

D.   "Blocking" is the elimination of a product from the offerings of the contractor. A contractor should "block" a product by deleting the product from the catalogs, if possible, and rejecting any orders of the product from City of San Francisco accounts. If a City of San Francisco account requests a "blocked" product, the contractor should offer an acceptable alternative product.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

San Francisco Environment and Office of Contract Administration will provide the contractor with the list of products that should be blocked and alternative products that should be offered in their place.

**RESPONSE**
**Yes. Office Depot can block items as requested above. Requests for blocked Items will automatically cross-reference with the alternate items list provided by the City.**

E.    The contractor should provide a "Recycled Product Catalog" that contains products made with recycled content.  The catalog may be a stand-alone catalog or an insert within the general catalog.  This catalog should note the percentage of post-consumer recycled content, whether it is processed chlorine free and ideally should note other measures of interest to environmentally preferable purchasing programs (such as product recyclability, wood products harvested from sustainably managed forests, or applicable eco-labels).

**RESPONSE**
**Office Depot will provide the City & County of San Francisco with a recycled products catalog featuring over 2000 items. This catalog is made entirely from post consumer waste (PCW) recycled fiber that was manufactured without using elemental chlorine. This catalog notes other measures of interest we take to give preference to products sourced from well-managed, sustainable forest operations.**

**We have enclosed a copy of our recycled products catalog with this bid package.  Please see Tab 14.**

F.    The contractor should maintain a database of all City product purchases, containing information regarding product type, quantity purchased, department account, department contract, and department location.  A report should be submitted electronically, on a quarterly basis, to both the Office of Contract Administration and San Francisco Environment.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with a quarterly electronic usage report detailing all recycled items purchased by product type, quantity purchased, department account, department contract and department location.**

G.    To meet the goals of the City's Resource Conservation Ordinance, Zero Waste Resolution, and City Composting Resolution, all products purchased by the City should be recycled or compostable and contain the maximum amount of post-consumer materials.  The following is a list of products that should be blocked from the contractor's offerings to City accounts. Please note, there may be additions to the list.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

Once the contract is awarded, San Francisco Environment may review the contractor's product offerings and request additional products to be blocked.

**RESPONSE**
**Office Depot will comply with this condition. We understand the obligations businesses must meet in the upcoming years relative to waste reduction. Office Depot can help the City set up a company recycling plan and provide you with reports detailing your expenditures on recycled items including batteries. Please see Tab 14 for more information about our recycling programs.**

**Helping Businesses Improve Sustainability**
**Office Depot is proud to be the first in its industry to offer Sustainability Audits to its corporate customers. These audits are conducted by GreenOrder www.greenorder.com, an independent consulting firm benchmark project environmental performance, generate recommendations about recycled or energy efficient products and show companies how they can make the switch.**

**Please see the Supplemental Questionnaire (Tab 4) for more information regarding our waste reduction efforts.**

### Products to be blocked:

A.  All paper products that contain less than 30 percent post-consumer materials. Alternative paper products that contain 30 percent or more post-consumer materials should be offered in their place.

   **RESPONSE**
   **Office Depot will comply with the above.**

B.  Non-rechargeable batteries. A battery recharger and rechargeable batteries should be offered in their place.

   **RESPONSE**
   **Office Depot will comply with the above.**

C.  New toner cartridges. Remanufactured toner cartridges should be offered in their place.

   **RESPONSE**
   **Office Depot will comply with the above.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

D.   New printer ribbons.  Re-linked printer ribbons should be offered in their place.

**RESPONSE**
**Office Depot will comply with the above.**

E.   Plastic desktop accessories that contain less than 25 percent post-consumer content.

**RESPONSE**
**Office Depot will comply with the above.**

F.   Plastic envelopes that contain less than 20 percent post-consumer content.

**RESPONSE**
**Office Depot will comply with the above.**

G.   Plastic trash bags that contain less than 10 percent post-consumer content.

**RESPONSE**
**Office Depot will comply with the above.**

**NOTE:  The selected lowest responsive/responsible bidder shall be required to verify the above list of requirements to Purchasing prior to contract award.  The selected contractor shall be deemed non-responsible if they can't comply to all of the above requirements.**

78.   RESTRICTED PURCHASES

The Contractor shall have a system that is capable of restricting items not authorized under this contract.  Examples of some restrictions are: furniture, janitorial supplies, computers and computer peripheral, copiers and copier supplies (all are covered under other contracts) unit values of over $250.00 per unit will also be restricted from purchase.

**RESPONSE**
**In order to assist our customers in controlling costs, Office Depot has created a variety of electronic order restrictions to support standardization of product purchases and controlling the dollar purchases for a specified period.**

**Product standardization can be accomplished by restricting users to a specified list of items or by presenting a standardized list to the user first before allowing them to purchase outside the list.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

During the initial account setup, order authorizations and the limits of those permissions will be determined. Purchasing control restrictions can be applied by order, department, ship to, or release number as well as limits by order, item and total dollar. These restrictions can be defined limits at company, group or individual level.

If the authority of a user is exceeded, the second level of authorization will receive an e-mail notification allowing them to approve, release or cancel the order.

The authority structure most frequently used by companies is the "Place and Release" method. This method allows your end users to place the order, but can not release it until proper authorization is obtained. The order is held in the system and an e-mail notification is sent to the authorized individual for approval and release.

Restrictions can be setup to exclude purchases of:

- A specific set of items identified by item number.
- All items made by one or more Manufacturers.
- All items belonging to one or more Product Categories.
- All items belonging to one or more Product Classes.
- All of the above

A maximum dollar amount restriction can be specified by:

- Account
- Department
- Order
- Line
- All of the above

79.   **BID SECURITY – NOT USED**

      <u>RESPONSE</u>
      **Acknowledged**

80.   **PERFORMANCE BOND – NOT USED**

      <u>RESPONSE</u>
      **Acknowledged**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

**81.  FIDELITY BOND**

Contractor shall maintain throughout the term of this contract, at no expense to City, a blanket fidelity bond or a Blanket Crime Policy (Employee Dishonesty Coverage) covering all officers and employees in an amount not less than $50,000 with any deductible not to exceed $5,000 and including City as additional obligee or loss payee as its interest may appear.

**RESPONSE**
**Office Depot has enclosed our Fidelity Bond with this bid package.**

**Please see Tab 10.**

**82.  INSURANCE**

Prior to award, the successful bidder or bidders will be required to furnish evidence of insurance as follows:

A.    Without in any way limiting Contractor's liability pursuant to the 'Indemnification" section of this contract, Contractor must maintain in force, during the full term of the contract, insurance in the following amounts and coverages:

   1.    Worker's Compensation, with Employers' Liability limits not less than $1,000,000 each accident.

   2.    Commercial General Liability Insurance with limits not less than $1,000,000 each occurrence Combined Single Limit Bodily Injury and Property Damage, including Contractual Liability, Independent Contractor, Broad Form Property Damages, Personal Injury, Products and Completed Operations.

   3.    Commercial Automobile Liability Insurance with limits not less than $1,000,000 each occurrence Combined Single Limit Bodily Injury and Property Damage, including Owned and Non-owned and Hired Auto Coverages, as applicable.

B.    Commercial General Liability and Commercial Automobile Liability Insurance policies shall be endorsed to provide the following:

   1.    Name as ADDITIONAL INSUREDS, the City and County of San Francisco, its Officers, Agents, and Employees.

   2.    That such policies are primary insurance to any other insurance available to the Additional Insureds, with respect to any claims arising out of this contract, and that insurance applies separately to each insured against whom claim is made or suite is brought.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

C.    ALL POLICIES SHALL BE ENDORSED TO PROVIDE:

Thirty days advance written notice to City of cancellation, non-renewal or reduction in coverage, mailed to the following address:
> Director, Office of Contract Administration
> Purchasing Division
> City and County of San Francisco
> City Hall, Room 430
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, CA 94102-4685

D.    Should any of the required insurance be provided under a claims-made form, Contractor shall maintain such coverage continuously throughout the term of this contract and without lapse, for a period of three years beyond the contract expiration, to the effect that, should occurrences during the contract term give rise to claims made after expiration of the contract, such claims shall be covered by such claims-made policies.

E.    Should any of the required insurance be provided under a form of coverage that includes a general annual aggregate limit or provides that claims investigation or legal defense costs be included in such general annual aggregate limit, such general annual aggregate limit shall be double the occurrence limits specified above.

F.    Should any required insurance lapse during the contract term, requests for payments originating after such lapse shall not be processed until City receives satisfactory evidence of reinstated coverage as required by this contract, effective as of the lapse date.  If insurance is not reinstated, City may, at its sole option, terminate this Contract effective on the date of such lapse of insurance.

G.    Before commencing any operations under this contract, Contractor must furnish to City certificates of insurance and Additional Insured policy endorsements, in form and with insurers satisfactory to City, evidencing all coverages set forth above, and shall furnish complete copies of policies upon City request.

**RESPONSE**
**Office Depot has reviewed the above Insurance Requirements of the City & County of San Francisco.  We have enclosed our Certificate of Insurance with this bid package.**

**Please see Tab 10.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

**83.    FAILURE TO EXECUTE CONTRACT .**

A.    Within ten days of the receipt of a notice of award, the bidder to whom the contract is awarded shall deliver the specified insurance certificates to City.

B.    If the bidder fails or refuses to furnish the required insurance within ten days after receiving notice from Purchasing.

**RESPONSE**
**Office Depot acknowledges the above condition.  Please find our Certificate of Insurance for the City & County of San Francisco enclosed with this bid package.**

**Please see Tab 10.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

84. **E-COMMERCE**

Describe the "e-commerce" Web or Internet system that your firm is proposing in support of online ordering.  Provide a complete description of all system features and functions such as those listed below.  In addition, describe all other system features and functions that you support.

- Support for multiple browsers
- Multiple ways to search, identify and select items for orders
- Templates or other mechanism users can use for frequently ordered items
- Ability for the City to limit user orders to selected items
- Ability for the City to limit access to all City information to city authorized users
- Ability for users to speak with a live customer service representative while placing an order
- E-mail notification of orders awaiting approval[
- Order Tracking and History by order, cost center, department, user and other levels
- Contract Item pricing
- Real time inventory for orders
- Electronic invoice processing
- E-mail notification of order status
- Standard Reports provided
- Ad hoc reporting capability
- Return, exchange and backorder process
- Delivery and pick-up
- User Training

Also provide a complete explanation of:

- Site Host
- User Security and Administration
- System Security
- System Technology
- Protocols and standards supported
- Network or desktop requirements for users
- Browser Requirement

<u>RESPONSE</u>
**Office Depot is the 3rd largest Internet Sales site in the world with annual sales of $2.6 billion. Office Depot's Internet Website supports multiple user systems (PC, MAC, UNIX, etc.) and is a valuable tool when your internal systems are not linked.**

**Office Depot's web site is a dynamic way to do business.  As an electronic commerce solution for the procurement of office supplies, our site is easy to navigate and user friendly.  With Internet access via your network or stand alone PC at your desk top, you can interface with our system in real-time.  Office Depot is OBI compliant and our web-site is designed to function in a truly paperless environment.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

---

**Today's competitive business climate requires efficient, lean operations by doing more with less. Office Depot offers added value and convenience with our Best Electronic Commerce Solutions that are designed to increase productivity, reduce expenses and lower the overall cost of doing business. No one has more experience in implementing Electronic Commerce Solutions than Office Depot.**

| | |
|---|---|
| **Multiple Browsers** | Office Depot's web site can support multiple browsers.  Any web browser that supports secure transactions, i.e., Netscape Navigator, Microsoft Internet Explorer, etc. |
| **Quick Search Options** | Offers various ways to search for an item, i.e., Quick Order by Item Number, Browse Catalog, Product Category, etc. |
| **Frequently Ordered Items** | Global or Personalized lists for frequently ordered or specially priced contract items for users with account or individual user.  Template of frequently ordered items.  Simply change the quantities as needed. |
| **Purchasing Controls** | Defines limits by order, item and total limits.  Security authorization available on order quantity over limits.  Can be applied by purchase order, department, ship to, or release number. |
| **On-Line Support** | While placing an order via the Internet, City & Co employees can talk with their customer service support personnel by dialing (888) 438-1229.  For technical support you can dial (1-800) 269-6888 |
| **E-mail Notification** | Notifies you via e-mail when there is an order waiting for approval and order status. |
| **Order History and Tracking** | History screen to track orders for up to 18 months.  Also allows you to see orders awaiting approval and release multiple orders at one time. |
| **Contract Pricing** | Real-time system allows access to contract pricing and discounts automatically. |
| **Highlighted Contract Items** | When browsing the electronic catalog, contract items are identified by a red checkmark with the words "contract item" highlighted in yellow. |
| **Live Inventory and Ordering Real-time** | Inventories are allocated to you at the time you place your order in real-time. |
| **Automatic Order Invoicing** | Invoicing prepared and forwarded electronically or via mail. |
| **Reporting/Ad Hoc/Data Export** | End Users can instantly view/track orders by index codes or req numbers up to 18 months via the internet. |

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

| | |
|---|---|
| **Cost Center Reporting** | Account control and reporting will be established for cost center charges and order history at any time. Cost centers can be linked to your profile as one, many or all. |
| **Return, Exchange & Backorder Process** | Because our inventory status is available in real-time, back-orders are virtually non-existent when ordering via the internet. Upon notice by end users, returns & exchanges will be handled by your customer service team. |
| **Delivery & Pick-Up** | Orders placed via the internet will be delivered next business day. Pick-ups can also be made during a delivery. Pick-ups will be made within 48 hours upon notice to our customer service team. |
| **User Training** | User training will be scheduled during the Implementation process. Any time after that your service consultant Bob McGuire can assist with Office Depot's web-site. In addition, our web-site has computer based training (CBT), allowing an end user to review steps in question at any time, even in the process of an order, without interrupting the actual order process. |
| **Super User Feature** | One designated user capable of adding new users, passwords, setting order limits, timelines and ship to's and other "user" profile information. |
| **Credit Authorization & Processing** | Authorization & credit levels for each user in the system to maintain internal controls. |
| **Cost Center by Line Screen** | Allows a user to order for multiple cost centers at the same time. |

- **Site Host**

Office Depot has a complete dynamic Business-to-Business website which we built and host ourselves. It is a fully integrated site with over 1,250,000 end-users utilizing this site to enter orders, check live inventory, review order status, and view 18 month order history on-line. Therefore, we have catalog content in our database server and can send the City and County an item file with sku's, families, classifications, as well as long and short descriptions in HTML or a flat file along with images as gifs or j-pegs for the City and County catalog. We can also send a traditional 832 EDI transmission catalog if the City and County prefers this format.

Because of our industry leading expenditures in the Information Technology sector of our business, our EDI users have the option to create their order in an interactive mode, using the search and browse capabilities of the Office Depot Internet Catalog. We currently are in alliance with several parallel software providers.

All requests for items, quantities, order history, catalog viewing is stored in our host processor. This means that all information is relayed to you in real-time.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

- **User Security and Administration**

The Office Depot web site is a private web site for use by pre-qualified Office Depot customers only. It is a password protected place of business for established customers to order product, check inventory availability and browse the catalog.

Order authorizations, and the limits of those permissions will be set-up during the initial account set-up. Two levels of passwords are available. Once can be used to create orders; the other can create and release orders that are placed on hold for approval by a supervisor.

- **System Security**

Office Depot's secure server software encrypts information, using 128 bit encryption and SSL version 3.0 ensuring that your transactions stay private and protected. Additionally, the Office Depot Online fulfillment system is not connected to the Internet and is not accessible in any way, which keeps your information secure when it reaches us.

- **System Technology**

Technological advantages include platform independence and productivity features.

*Platform Independence:*

A variety of computer systems can be connected to the Internet. You can connect to the Internet whether you are using a Macintosh, UNIX or PC system linked over a local area network (a LAN), or a wide area network (A WAN).

*Productivity Features:*

The Office Depot site requires no disk player or local installation of updates. There is absolutely no impact on your system. All updates with enhanced features, expanded catalog items, or updated item descriptions occur only on our Web server-not on your desktop. Office Depot's site allows flexible order entry functions through Quick Order by Item #, Custom Shopping Lists, or Product Search. As you create an order, you receive current contract pricing and product availability information all in real-time.

- **Protocols and standards supported**

Office Depot's web site has been extensively tested with the latest versions of Microsoft Internet Explorer and Netscape Navigator. Because our Web site uses the latest HTML , any Web browser that supports secure transactions (encoded transactions that prevent unauthorized viewing by a third party) should work..

Because our web site uses the latest HTML standard, it is also usable with any combination of computer hardware and operating system; a PC, Macintosh, Unix, Linux for example.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

- **Browser requirements**

To use Office Depot's Internet Site, you first sign on to the Internet through your local network or an Internet Service Provider (ISP). Then, with your browser, you access Office Depot's Internet address:http://bsd.officedepot.com

You log in to the Business Services Division Site using your user name and password. You select password, which is entered in Office Depot's system. Your Account Manager will provide you with the form.

**Please find additional information on our electronic capabilities in Tab 12.**

85.  **ENTIRE AGREEMENT**

This contract sets forth the entire Agreement between the parties, and supersedes all other oral or written provisions.

**RESPONSE**
**Acknowledged.**

86.  **BID SUBMITTAL INSTRUCTIONS**

Bids **must** be received at Central Purchasing, City Hall, Room 430, indicated on Page 1 of the Contract Proposal. Bids transmitted by fax or any type of electronic mail will not be accepted.

**Bidders are to return all required documents, which include:**

A.  Page 1 of the Contract Proposal completed and signed.
B.  Bid Sheets (Sections A and B) and diskette.
C.  Specifications on alternate items bid.
D.  All questionnaires and forms, completed and signed.

**Bids must be made on the enclosed bid sheets.** Prices should be clearly written by typewriter or pen and ink.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

**To receive full consideration, your bid should be unqualified and unconditional.**

FOR MORE INFORMATION, call:

Mike Ward
Assistant Director of Purchasing
(415) 554-6740

**RESPONSE**
**Office Depot has complied with the above requirements.** **Thank you for the opportunity to respond to your bid.**

**END OF SPECIAL CONDITIONS**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## BID SHEET

**Section A**

**Bid Submittal Instructions for Contract Items**

A.  All usage quantities presented are based on actual usage from 2003 purchases.

   **RESPONSE**
   **Acknowledged.**

B.  This usage represents approximately 55% of total.

   **RESPONSE**
   **Acknowledged.**

C.  Prices shall remain in effect for the term of the contract.

   **RESPONSE**
   **Agreed.  All prices will remain in effect for the term of the contract.**

D.  Please use enclosed disk and click on tab for Section A, then populate in Yellow areas only for the following columns:

   - Original item price
   - Alternate Item
   - Alternate Item description
   - Alternate Item Unit of Measure
   - Alternate Item Price

   **RESPONSE**
   **Office Depot has complied with the above Instructions.**

E.  Where an alternate item is not provided the original item will automatically be extended into the last column to provide a grand total including both original items and alternates.

   **RESPONSE**
   **Acknowledged.**

F.  All other columns will be automatically extended and totaled within the worksheet.

   **RESPONSE**
   **Acknowledged.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**BID SHEET**

**Section A Continued**

G.    Alternative items will only be considered with written and verifiable Quality Data Sheets outlining the specification of each product and the Quality Control procedures verifying such claims associated with the product.  Furthermore, alternate product must meet or exceed the quality specifications of the original item specified.

      <u>RESPONSE</u>
      **Acknowledged.**

H.    DO NOT ENCLOSE SAMPLES WITH BID SUBMITTAL.

      <u>RESPONSE</u>
      **Office Depot has complied with the above request.**

I.    Re-manufactured toner cartridges are acceptable as an alternate only if they are equal in quality to the OEM.  Only remanufactured cartridges with new replacement drums and document quality control procedures will be accepted.  No Toner cartridges with re-coated drums will be accepted.

      <u>RESPONSE</u>
      **Office Depot will comply with the above.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### BID SHEET

## Section B

### Bid Submittal Instructions for Off-Contract Items

A.   List Dollars represent total usage for 2003 usage of all items not represented in Section A or 45% of total spend.

   **RESPONSE**
   Acknowledged.

B.   Please use enclosed disk and click on tab for Section B.

   **RESPONSE**
   Acknowledged.

C.   Populate discount percentage in Yellow B only.  All totals will be automatically calculated on spreadsheet.

   **RESPONSE**
   Acknowledged.

D.   Discount submitted shall remain in effect for the term of the contract.

   **RESPONSE**
   Agreed.  Discount submitted will remain in effect for the term of the contract.

E.   A Gross Margin "Floor", as defined as a minimum gross margin on the item after discount applied, will only be accepted as a minimum gross margin on the item after application of discount off list.  Any vendor either imposing a "floor" above cost after submittal will automatically disqualify the vendor from an award or accordingly be subject to immediate termination of the contract.

   **RESPONSE**
   Office Depot will comply with the above requirement.

F.   List prices are defined as current suggested manufacturer's list price.

   **RESPONSE**
   Acknowledged.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**BID SHEET**

**Section B Continued**

**General Instructions for Bid Submittal**

A.    Tab C will automatically be populated with the data populated in Tab A and Tab B.
B.    Please save completed diskette under your company name.
C.    Enclose completed diskette and printed copy of Tabs A, B, and C with your Bid Response.

**RESPONSE**
**Office Depot has complied with the above General Instruction for Bid Submittal.**

Bidder Name:    **OFFICE DEPOT**

Payment Terms:   _0_ % Cash Discount for Payment in _30_ Days.

NOTE:  CASH DISCOUNT (DISCOUNT FOR PROMPT PAYMENT) WILL BE TAKEN
INTO CONSIDERATION IN DETERMINING THE LOW BID.  DISCOUNT PERIOD
MUST BE AT LEAST 30 DAYS (SEE ARTICLE 12 FOR MORE DETAILS).

Bidder Name: Office Depot
Bidder Due Date:     9/27/2004
Contract Proposal Number:          96703

**Summary of Section A and B (Section C)**



| Category | Original Item | Original Item with Alts |
|---|---|---|
| Contract | $  1,083,902 | $          1,056,082 |
| Off Contra | $  1,248,033 | $          1,248,033 |
| Total | $  2,331,935 | $          2,304,115 |

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

# CONTRACT ACCEPTANCE

Indefinite Quantity

**OFFICE DEPOT**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**
**Attn: Thomas May**

Date _____ January 5, 2005

Contract Proposal No. 96703

Estimated Amount:  Indefinite

The City and County of San Francisco does hereby accept your offer to furnish the articles indicated below.  Such Articles are to be delivered in the manner and the form and at the times and prices set forth in the above numbered Contract Bid Proposal, but only after receipt of order properly certified by the Controller of the City and County of San Francisco.

**For furnishing and delivering OFFICE SUPPLIES AND RELATED SERVICES.**

**For the term JANUARY 26, 2005 through JULY 25, 2007 or for the amount of $10 million, whichever occurs first.**

Items:     **All items except for exclusions referenced in the above Contract Bid Proposal Number.**

Pricing:     **Per contractor's proposal dated September 27, 2004 for contract and non-contract items..  Also, refer to contractor's net pricer core (fixed pricing) and non-core (discount off of manufactures suggested list) dated January 1, 2005.**

Terms:     **Net 30 Days**

Acknowledge receipt of this Contract Acceptance in the space below and return to Purchaser, 1 Dr. Carlton B. Goodlett Place, Room 430, San Francisco, California, 94102.  **DUPLICATE COPY IS FOR YOUR FILES.**

_____ FOR _____ 1/5/05

As the duly appointed Purchaser of the
City and County of San Francisco          Date

## RECEIPT OF THE ABOVE IS HEREBY ACKNOWLEDGED:

Contractor ____ OFFICE DEPOT ____

By ____ _____ BUSINESS DEVLOPMENT MANAGER ____

Signature                                    Title

Print Name:  THOMAS MAY

Date  1/5/05

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlell Place
San Francisco, CA 94102

# CONTRACT ACCEPTANCE

Indefinite Quantity

**OFFICE DEPOT**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**
**Attn: Thomas May**

Date _____ September 1, 2005

Contract Proposal No. 96703

Estimated Amount: Indefinite

The City and County of San Francisco does hereby accept your offer to furnish the articles indicated below.  Such Articles are to be delivered in the manner and the form and at the times and prices set forth in the above numbered Contract Bid Proposal, but only after receipt of order properly certified by the Controller of the City and County of San Francisco.

## CONTRACT MODIFICATION NO. 1

For furnishing and delivering OFFICE SUPPLIES AND RELATED SERVICES.

For the term JANUARY 26, 2005 through JULY 25, 2007 or for the amount of $10 million, whichever occurs first.

The original letter dated December 15, 2004, has been superseded by the attached dated August 22, 2005.

Acknowledge receipt of this Contract Acceptance in the space below and return to Purchaser, 1 Dr. Carlton B. Goodlett Place, Room 430, San Francisco, California, 94102.  **DUPLICATE COPY IS FOR YOUR FILES.**

_____     9/1/05
As the duly appointed Purchaser of the                    Date
City and County of San Francisco

## RECEIPT OF THE ABOVE IS HEREBY ACKNOWLEDGED:

Contractor   OFFICE DEPOT

By   Tom D                    BUSINESS DEVELOPMENT MGR
     Signature                              Title

Print Name:   THOMAS MAY

Date   9/2/05

# Office DEPOT

PURCHASING DEPARTMENT

2005 AU 2 . 3 3:36

RECEIVED

August 22, 2005

Mike Ward
Assistant Director of Purchasing
City and County of San Francisco
1 Dr. Carlton B Goodlett Place
City Hall Room 430
San Francisco, CA  94102-4685

Dear Mike

As a follow up to our meeting, we wanted to provide written clarification to the pricing guarantees for our contract with the City and County of San Francisco.

Core Items on this contract will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.  Non-Core items manufactures list price discounts will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.

Non-Core item manufactures list prices will be revised quarterly based on increases in the Western Region Consumer Price Index for the previous quarter.  Each quarter the proposed manufacturers increases and decreases will be applied to the past quarters usage, the net increase to the City and Counties total purchases for the prior quarter shall not exceed the CPI index increase for the quarter being evaluated.  If the CPI does not change or decreases no changes will be made to the pricing.  Office Depot will provide City Purchasing with 30 days notice on changes to the non core price list.  Price updates will be based only on manufacturers actual increases.

These pricing agreements are consistent with the following excerpt of terms and conditions from the RFP document 96703.

**8    Price List Discounts**

**Bidder's price list discounts must remain firm during the term of the contract.**

**70    Price**

    **A.  Bid prices are to be firm for the term from award date through April 30, 2007.**

**74   Awarded Items**

    **C.  Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging.  Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.**

Kind Regards,

Thomas May
Business Development Manager

---

Thomas A. May
6700 Automall Parkway
Fremont, CA 94538

Phone: 510 497 5701
Mobile: 650 867 9175
Fax: 510 497 5438

# Office DEPOT

2005 AU    3: 36                    August 22, 2005

Mike Ward
Assistant Director of Purchasing
City and County of San Francisco
1 Dr. Carlton B Goodlett Place
City Hall Room 430
San Francisco, CA  94102-4685

Dear Mike

As a follow up to our meeting, we wanted to provide written clarification to the pricing guarantees for our contract with the City and County of San Francisco.

Core Items on this contract will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.  Non-Core items manufactures list price discounts will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.

Non-Core item manufactures list prices will be revised quarterly based on increases in the Western Region Consumer Price Index for the previous quarter.  Each quarter the proposed manufacturers increases and decreases will be applied to the past quarters usage, the net increase to the City and Counties total purchases for the prior quarter shall not exceed the CPI index increase for the quarter being evaluated.  If the CPI does not change or decreases no changes will be made to the pricing.  Office Depot will provide City Purchasing with 30 days notice on changes to the non core price list.  Price updates will be based only on manufacturers actual increases.

These pricing agreements are consistent with the following excerpt of terms and conditions from the RFP document 96703.

**8    Price List Discounts**

**Bidder's price list discounts must remain firm during the term of the contract.**

**70    Price**

   **A.  Bid prices are to be firm for the term from award date through April 30, 2007.**

**74  Awarded Items**

   **C.  Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging.  Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.**

Kind Regards,

Thomas May
Business Development Manager

---

Thomas A. May
6700 Automall Parkway
Fremont, CA 94538

Phone: 510 497 5701
Mobile: 650 867 9175
Fax: 510 497 5436

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**OFFICE DEPOT**                                    Date    **June 30, 2007**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**                        Contract Proposal No. **96703**

# Contract Modification No. 2

This modification extends the term of the contract from:

January 26, 2005 through July 25, 2007

to:

January 26, 2005 through September 1, 2007.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4685

_____           7-2-07
As the duly appointed Purchaser of the        Date
City and County of San Francisco

# Agreed to and accepted by:

Contractor _Office Depot_

By _Kim Daly_          _Account manager III_
Signature                      Title

Print Name: _Kim Daly_

Date _July 12 2007_

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date    <u>August 31, 2007</u>

Contract Proposal No. 96703

# Contract Modification No. 3

This modification extends the term of the contract from:

      January 26, 2005 through September 1, 2007

to:

      January 26, 2005 through September 1, 2008,

and increases the contract's not-to-exceed amount from $10 million to $15 million.

Please sign and return to

      Purchasing Dept.
      City Hall, Room 430
      1 Dr. Carlton B. Goodlett Place
      San Francisco, California  94102-4685

                                    8-31-07
          As the duly appointed Purchaser of the       Date
            City and County of San Francisco

## Agreed to and accepted by:

Contractor  <u>Office Depot, Inc.</u>

By                                      Vice President
           Signature                           Title

Print Name:  <u>Pat Welch</u>

Date   <u>August 31, 2007</u>

Board of Supervisors: August 07, 2007

Ayes: 11 - Alioto-Pier, Ammia    Daly, Dufty, Elsbernd, Jew, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

1053 [Approval to Execute the Lease Agreement    Supervisor Elsbernd
between the San Francisco International Airport
and Verified Identity Pass, Inc. for Registered
Traveler Services]

Resolution approving and authorizing the Lease Agreement between the San Francisco International Airport and Verified Identity Pass, Inc. for Private Sector Registered Traveler Services for approximately five years three months commencing on a date to be mutually agreed upon but no later than October 1, 2007 through December 31, 2012.

(Fiscal Impact.)

ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

071064 [Raising Office Depot's contract not-to-exceed
amount to more than $10 million]

Resolution approving the Third Amendment to the Agreement between the City and County of San Francisco (City) and Office Depot (Contractor) for office supplies, increasing the contract's not-to-exceed amount to more than $10 million, pursuant to San Francisco Charter Section 9.118(b). (Office of Contract Administration)

*TC 96703*

*X 5ml.*

(Fiscal Impact.)

ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

## Recommendation of the City Operations and Neighborhood Services Committee

070920 [Directing the San Francisco Public Utilities    Supervisor Alioto-Pier
Commission to create and implement a city-wide
program to track water usage by City
department]

Resolution directing the San Francisco Public Utilities Commission to create and implement a city-wide program to track water usage, water conservation, and use of recycled water use by City Departments.



ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

## Recommendations of the Government Audit and Oversight Committee

070997 [MOU, San Francisco Fire Fighters Union, Local    Mayor
798, IAFF, AFL-CIO (Unit 1)]

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**EXECUTION COPY**



**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:   August 22, 2008

Contract Proposal No. 96703

# Contract Modification No. 4

This modification extends the term of the contract from:

January 26, 2005 through September 1, 2008

to:

January 26, 2005 through September 30, 2008;

and increases the contract's not-to-exceed amount from $15 million to $15,490,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City:

_____
Bill Jones, Assistant Director

8-26-08
Date

## Agreed to and accepted by:

Contractor     OFFICE DEPOT, INC.

By     _____     Vice President
        Signature                                    Title

Print Name:   Patrick M. Welch, Regional Vice President

Date     August 29, 2008

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**EXECUTION COPY**



**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:   October 7, 2008

Contract Proposal No. **96703**

# Contract Modification No. 5

This modification extends the term of the contract from:

January 26, 2005 through September 30, 2008

to:

January 26, 2005 through March 15, 2009, or when a new office supplies contract is awarded pursuant to a competitive process, which occurs first.

and increases the contract's not-to-exceed amount from $15,490,000 to $17,540,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City: _____          _10-28-08_
                                                                          **Date**

## Agreed to and accepted by:

Signed: _____

Name, title:     Patrick M. Welch

Date            **Regional Vice President**

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102



**OFFICE DEPOT**
**Patrick M. Welch**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:  March 10, 2009

Contract Proposal No. **96703**

# Contract Modification No. 6

This modification extends the term of the contract from:

January 26, 2005 through September 30, 2008

to:

January 26, 2005 through May 31, 2009, or when a new office supplies contract is awarded pursuant to a competitive process, which occurs first.

and increases the contract's not-to-exceed amount from $17,540,000 to $18,035,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City: _____     _3-10-09_
                                        Date

---

## Agreed to and accepted by:

Signed: _____

Name, title: _PAT Welch, VICE PRESIDENT_

Date  _MARCH 18, 2009_

Reviewed and approved as to form and legality
by: Office Depot Legal Department

Attorney / Paralegal: _____

Date: _3|13|09_

# EXHIBIT 5

Bidder Name:  **Office Depot**
Bidder Due Date:  9/27/2004
Contract Proposal Number:  **96703**

### CCSF Off Contract  (Section B)
Total List Price Dollars Based Upon 2003 Off Contract Purchases (approx 45% of total spend)



| Category | Description | List Dollars | Discount off List | Extended Total |
|---|---|---|---|---|
| Art & Drafting Supplies | Writing Instruments, Papers | $    11,990 | 45.0% | $      6,594 |
| Binders & Binding Systems | Combs, Spirals, Binders | $  197,079 | 70.0% | $    59,124 |
| Business Cases & Travel Accessories | Cases, Luggage, Holders | $    13,609 | 70.0% | $      4,083 |
| Calendars & Organizers | Refills, Organizers | $    68,151 | 70.0% | $    20,445 |
| Desk Supplies & Office Essentials | Clips, Staples, Desk-Top Related | $  364,855 | 71.0% | $  105,808 |
| Filing & Record Storage | Folders, Storage Supplies | $  397,439 | 71.0% | $  115,257 |
| Forms, Recordkeeping & References | Journals, Books, Forms | $    38,554 | 70.0% | $    11,566 |
| Mailing, Packing & Labeling Supplies | Envelopes, Labels, Mailers | $  155,582 | 70.0% | $    46,675 |
| Money Management & Handling | Check Files, Safes | $      8,056 | 70.0% | $      2,417 |
| Office Furniture | Shelving, Tables, Files, Seating | $  142,954 | 50.0% | $    71,477 |
| Paper, Pads & Rolls | Stationery, Notebooks, Pads | $1,517,301 | 72.0% | $  424,844 |
| Pens, Pencils & Correction | Pens, Markers, Correction Aids | $  170,522 | 70.0% | $    51,157 |
| Safety,Janitorial,Breakroom,Facility | Breakroom, Security, Maintenance | $  215,639 | 70.0% | $    64,692 |
| Specials | Rubber Stamps, Promotional | $    42,227 | 50.0% | $    21,113 |
| Technology | Accessories, Media, Handhelds | $  423,358 | 71.0% | $  122,774 |
| Toner, Ink & Ribbons | Ribbons, Toner, InkJets, Cartridges | $  413,821 | 71.0% | $  120,008 |

Extended Grand Total for Off-Contract Purchases                                    **$ 1,248,033**

Bidder Name: **Office Depot**
Bidder Due Date:      9/27/2004
Contract Proposal Number:      96703

**Summary of Section A and B (Section C)**



| Category | Original Item | | Original Item with Alts |
|---|---|---|---|
| Contract | $ 1,083,902 | $ | 1,056,082 |
| Off Contra | $ 1,248,033 | $ | 1,248,033 |
| Total | $ 2,331,935 | $ | 2,304,115 |

## CCSF Contract List (Section A)

Quantity based on actual usage for 2003 purchases (approx 55% of total spend)
Totals with Original Item specified $1,083,902
Totals with Original Item and Alternates specified $1,056,082

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | Unit Price UOM | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AAG70008P05 | BOOK,APPT,WKLY,BK,REFBLE | EA | 82 | 6.27 | 514.14 | | | | 616.06 |
| 3 | AAG7007905 | BOOK,APPT,WK,6"X5",BK | EA | 89 | 8.64 | 768.96 | | | | 768.98 |
| 4 | AAG7010005 | BOOK,APPT,12MO,4.87X5,8 | EA | 359 | 5.68 | 2,039.12 | | | | 2,039.12 |
| 5 | AAG7010205 | BOOK,APPT,3X8,JAN-DEC,BK | EA | 85 | 7.54 | 665.40 | | | | 660.90 |
| 6 | AAG7012005 | BOOK,APPT,12MO,6.87X8X9.75 | EA | 364 | 5.64 | 1,981.16 | | | | 1,981.16 |
| 7 | AAG7020005 | BOOK,APPT,MO,11"X8",BK | EA | 795 | 8.84 | 4,433.04 | | | | 4,433.04 |
| 8 | AAG7026005 | PLANNER,1MO/PG,BK | EA | 101 | 8.28 | 833.28 | | | | 833.28 |
| 9 | AAG7030005 | BOOK,APPT,DY,8"X5",BK,04 | EA | 101 | 6.50 | 656.50 | | | | 656.50 |
| 10 | AAG7095005 | BOOK,APPT,PRO,LTR,BK | EA | 203 | 7.26 | 1,473.78 | | | | 1,473.78 |
| 11 | AAGE01790 | CAL,RFL,DESK,12MO,3.3,5"X6" | EA | 467 | 1.80 | 862.63 | | | | 862.63 |
| 12 | AAGE1700 | CAL,BASE,S17,3.5X6,L,BK | EA | 308 | 4.37 | 1,345.96 | | | | 1,345.96 |
| 13 | AAGE51790 | CAL,RFL,QKNT,1DY/2PG | EA | 250 | 1.56 | 390.00 | | | | 390.00 |
| 14 | AAGE717R50 | CAL,RFL,DESK,12MO,3.5X6 | EA | 3,822 | 0.82 | 3,134.04 | | | | 3,134.04 |
| 15 | AAGE717R50 | CAL,RFL,1DV/2PG,JAN-DEC | EA | 562 | 1.58 | 887.96 | | | | 887.98 |
| 16 | AAGE61890 | CAL,RFL,1DV/2PG,JAN-DEC | EA | 291 | 1.97 | 573.27 | | | | 573.27 |
| 17 | AAGG21000 | BOOK,APPT,JAN-DEC,BK | EA | 178 | 4.76 | 837.78 | | | | 837.76 |
| 18 | AAGG23500 | BOOK,APPT,BK,JAN-DEC | EA | 187 | 4.76 | 837.72 | | | | 837.72 |
| 19 | AAGG25000 | BOOK,APPT,WK,8"X11",BK | EA | 141 | 4.33 | 610.53 | | | | 610.53 |
| 20 | AAGG47000 | BOOK,APPT,12MO,8X11,BK | EA | 135 | 5.55 | 749.25 | | | | 749.25 |
| 21 | AAGP400028 | CAL,WALL,36X24,JAN-DEC | EA | 113 | 7.39 | 835.07 | | | | 835.07 |
| 22 | AAGSD37413 | DIARY,DY,FNT,9.5X7,5 | EA | 112 | 18.66 | 2,088.80 | | | | 2,088.80 |
| 23 | AAGSD37713 | JOURNAL,DLY,7X12,JAN-DEC | EA | 119 | 21.87 | 2,602.53 | | | | 2,602.53 |
| 24 | AAGSD38114 | DIARY,DY,FNT,RD | EA | 96 | 28.57 | 2,742.66 | | | | 2,742.85 |
| 25 | AAGSD38713 | DIARY,DY,FNT,7.5X5 | EA | 180 | 9.55 | 1,719.00 | | | | 1,711.80 |
| 26 | AAGSD38713 | DIARY,DY,FNT,8.25X5.75 | EA | 431 | 9.82 | 4,232.42 | | | | 4,232.42 |
| 27 | AAGSK2400 | CAL,DESK/WALL,12MO,22X17 | EA | 701 | 1.50 | 1,051.50 | | | | 1,051.50 |
| 28 | AAGSK4800 | BOOK,APPT,DY,8"X5",BK,04 | EA | 175 | 4.39 | 768.25 | | | | 768.25 |
| 29 | AAGSK4800 | BOOK,APPT,WK,8.26X3.6,BK | EA | 155 | 1.75 | 271.25 | | | | 271.25 |
| 30 | AAGSK70000 | CAL,DESK/WALL,22X17,GN | EA | 122 | 3.51 | 428.22 | | | | 428.22 |
| 31 | ACC20078 | CVR,BNDR,PB,11"X8.5",IRON | EA | 248 | 0.74 | 182.04 | | | | 182.04 |
| 32 | ACC33606 | BINDER,RG,DGN,LTR,3 | EA | 260 | 1.62 | 421.20 | | | | 421.20 |
| 33 | ACC35712 | BINDER,3RG,1X8.5,1",BE | EA | 1,298 | 1.08 | 1,401.84 | | | | 1,401.84 |
| 34 | ACC42523 | CVR,REP,CLMP,LTR,DBE | EA | 163 | 1.59 | 259.17 | | | | 259.17 |
| 35 | ACC53072 | BINDER,EDP,LBE,16X11,UB | EA | 126 | 1.05 | 132.30 | | | | 132.30 |
| 36 | ACC54075 | BINDER,DATA,GN,15X11,UB | EA | 132 | 2.62 | 345.84 | | | | 345.84 |
| 37 | ACC54122 | BNDR,DATA,11"X8.5",LBE1 | EA | 140 | 1.99 | 284.60 | | | | 284.60 |
| 38 | ACC54123 | BNDR,DATA,11"X8.5",DBE | EA | 134 | 1.99 | 263.26 | | | | 263.26 |
| 39 | ACC54124 | BINDER,EDP,GY,11X8.5,B | EA | 158 | 1.99 | 299.62 | | | | 299.62 |
| 40 | ACC70022 | FASTENER,2PC,2"CAP,50BX | BX | 743 | 0.56 | 416.08 | | | | 416.08 |

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | Unit Price UOM | Extended Price With Original Req Brand Alternates |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | ACC7023 | FASTENER BASE,2"CAP,1C/BX | BX | 591 | 0.67 | 395.97 | | | | $ 395.97 |
| 42 | ACC7010 | BNDR CLIP,MINI | DZ | 1,726 | 0.11 | 189.76 | | | | $ 189.76 |
| 43 | ACC7020 | BNDR CLIP,20,SM | DZ | 14,193 | 0.05 | 709.66 | | | | $ 709.66 |
| 44 | ACC7050 | BNDR CLIP,P50,MED | DZ | 7,556 | 0.64 | 4,835.84 | | | | $ 4,835.84 |
| 45 | ACC7100 | BNDR CLIP,#100,LG | DZ | 2,460 | 0.90 | 2,214.00 | | | | $ 2,214.00 |
| 46 | ACC7190 | PUSH PIN,PLAS,100/BX,AST | BX | 532 | 0.27 | 143.64 | | | | $ 143.64 |
| 47 | ACC72380 | PPR CLIP,SMTH,#1,1C | BX | 13,063 | 0.09 | 1,177.47 | | | | $ 1,177.47 |
| 48 | ACC72660 | PPR CLIP,SMTH,JMBO,1C | BX | 15,928 | 0.18 | 2,866.08 | | | | $ 2,866.08 |
| 49 | ACC74015 | PUNCH,2-3H,ADJ,105H,BK | EA | 118 | 2.35 | 277.30 | | | | $ 277.30 |
| 50 | ACC74045 | PUNCH,3H,1/4",20SH,BK | EA | 249 | 2.21 | 543.96 | | | | $ 543.96 |
| 51 | ACM10900 | SHEAR,AID,ADULT,8",BX | EA | 181 | 8.94 | 1,618.14 | | | | $ 1,618.14 |
| 52 | ACM10019 | SHEARS,CONTRACT,8" | BX | 375 | 0.33 | 123.09 | | | | $ 123.09 |
| 53 | ACM40900 | FIRST AID BANDAGE,1C | BX | 139 | 2.09 | 290.51 | | | | $ 290.51 |
| 54 | ACM40703 | GLOVE,LATEX,MED,WE,1C | BX | 120 | 2.20 | 264.00 | | | | $ 264.00 |
| 55 | ACM40900 | FIRST AID,XST,1YL,ENCL | BX | 161 | 3.62 | 582.82 | | | | $ 582.82 |
| 56 | ACM43319 | SHEARS AD'BENT,HVY,DTY,OE | EA | 97 | 3.56 | 345.32 | | | | $ 345.32 |
| 57 | ACM61019 | FIRST AID,RFL,ALCOHOL,PAD | BX | 202 | 3.79 | 765.58 | | | | $ 765.58 |
| 58 | ALL28197 | RUBBBAND,1/4#,FED,19 | BG | 699 | 0.30 | 209.70 | | | | $ 209.70 |
| 59 | ALL28337 | RUBBRBAND ADV,#33,1/4LB | BG | 2,760 | 0.38 | 1,056.40 | | | | $ 1,056.40 |
| 60 | ALL26625 | RUBBRBAND,SIZE 62,1LB | BX | 140 | 1.20 | 168.00 | | | | $ 168.00 |
| 61 | ALL27406 | RUBBBAND ADV,1178,1/8,1LB | BX | 247 | 1.36 | 335.92 | | | | $ 335.92 |
| 62 | AMD14031 | FOLDER,CLA,LTR,11PT,1/3,MBX | EA | 273 | 0.84 | 229.32 | | | | $ 229.32 |
| 63 | AVE01196 | GLUE STICK,PERM,1.27OZ | EA | 444 | 0.49 | 217.56 | | | | $ 217.56 |
| 64 | AVE27160 | LABEL,LASER,MINI,WHT1X25 | PK | 153 | 2.03 | 310.59 | | | | $ 310.59 |
| 65 | AVE05075 | INDEX,DVDR PKT,11"X9",AST | ST | 320 | 0.71 | 227.20 | | | | $ 227.20 |
| 66 | AVE05160 | LBL,LASR,ADD,2-5/8X1,3M | BX | 596 | 14.97 | 8,872.42 | | | | $ 8,872.42 |
| 67 | AVE05162 | LBL,LASR,ADD,AX1-1/3,14C | BX | 84 | 14.85 | 1,247.40 | | | | $ 1,247.40 |
| 68 | AVE05163 | LBL,LASR,ADD,2X4,1M | BX | 177 | 15.42 | 2,729.34 | | | | $ 2,729.34 |
| 69 | AVE05164 | LBL,LASR,ADD,3-1/3X4,9C | BX | 114 | 9.11 | 1,038.54 | | | | $ 1,038.54 |
| 70 | AVE05165 | LABEL,ADD,LASER,8.5X11 | BX | 133 | 9.10 | 1,210.30 | | | | $ 1,210.30 |
| 71 | AVE05260 | LBL,ADRS,WP,2-5/8X1,750 | BX | 494 | 4.48 | 2,203.24 | | | | $ 2,203.24 |
| 72 | AVE05266 | LBL,LASR,FFLDR,AST,750 | PK | 142 | 8.26 | 1,172.92 | | | | $ 1,172.92 |
| 73 | AVE05267 | LBL,LASR,5X1-7/8,WE,2M | PK | 329 | 4.46 | 1,467.34 | | | | $ 1,467.34 |
| 74 | AVE05368 | LBL,LASR,FLDR,WE,1C | BX | 237 | 16.05 | 3,804.54 | | | | $ 3,804.54 |
| 75 | AVE05384 | LBL,LASR,NAME,BDG,3X4 | BX | 89 | 12.56 | 1,117.84 | | | | $ 1,117.84 |
| 76 | AVE05384 | CARD,INDEX/POST,3X5,150 | BX | 106 | 6.16 | 653.44 | | | | $ 653.44 |
| 77 | AVE05395 | LBL,LASR,NAME,WE,4C | BX | 92 | 20.48 | 1,684.16 | | | | $ 1,884.16 |
| 78 | AVE05720 | REINFORCEMENTS,WE,1000 | BX | 57 | 1.73 | 98.61 | | | | $ 98.61 |
| 79 | AVE05990 | LBL,ADRS,1X2-5/8,75C | BX | 65 | 20.22 | 1,314.30 | | | | $ 1,314.30 |
| 80 | AVE06887 | MRKR,MRKSALOT,LG,RD | EA | 574 | 0.27 | 164.98 | | | | $ 164.98 |
| 81 | AVE06888 | MRKR,MRKSALOT,LG,BK | EA | 2,026 | 0.33 | 668.24 | | | | $ 668.24 |
| 82 | AVE11940 | INDEX,BTM TAB,EXHIBIT,A | PK | 281 | 0.75 | 210.75 | | | | $ 210.75 |
| 83 | AVE24004 | INDEX,POLY,LTR,AST,8TB | ST | 183 | 0.60 | 109.80 | | | | $ 109.80 |
| 84 | AVE24000 | HILTER,DESK STYLE,FW | EA | 791 | 0.20 | 158.20 | | | | $ 158.20 |
| 85 | AVE27157 | MRKR,MRKSALOT,CHSL,RD | EA | 3,150 | 0.12 | 378.00 | | | | $ 378.00 |
| 86 | AVE27158 | MRKR,PRM,CHSL,12/BX,BK | EA | 1,836 | 0.12 | 232.96 | | | | $ 232.96 |
| 87 | AVE23298 | MRKR,PERM,STAY SHARP,BK | EA | 2,556 | 0.38 | 971.28 | | | | $ 971.28 |
| 88 | AVE05351 | LBL,COPIER,1X2-3/4,YE8 | BX | 69 | 12.20 | 841.80 | | | | $ 841.80 |
| 89 | AVE22135 | INDEX,BNDR,LTR,AST,5TB | ST | 1,096 | 0.21 | 224.49 | | | | $ 224.49 |
| 90 | AVE22135C | INDEX,BNDR,LTR,CL,5TB,18T | ST | 515 | 0.21 | 108.38 | | | | $ 108.38 |
| 91 | AVE22135 | INDEX,BNDR,LTR,AST,8TB | ST | 1,876 | 0.36 | 678.08 | | | | $ 678.08 |

2

Case ... ID

3

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | AVE02113BC | INDEX,BNDR,LTR,CL,5TB | ST | 454 | $ 0.29 | $ 134.58 | | | | | $ 134.58 |
| 93 | AVE0R26 | CORR TAPE,1/2"X600',2LN | RL | 722 | $ 1.06 | $ 765.32 | | | | | $ 765.32 |
| 94 | AVEPF3WE | LBL,FILE,FLDR,WE,248 | BX | 168 | $ 0.82 | $ 137.76 | | | | | $ 137.76 |
| 95 | AVE213 | INDEX,BNDR,LTR,A-Z,RD | ST | 721 | $ 1.19 | $ 857.99 | | | | | $ 857.99 |
| 96 | AVE31110BE | BINDER,3/RG,BK,11X8.5,1 | EA | 2,763 | $ 0.77 | $ 2,142.61 | | | | | $ 2,142.61 |
| 97 | AVE31110BK | BNDR,3RG,11X8.5,1" BK | EA | 191 | $ 0.61 | $ 116.61 | | | | | $ 116.61 |
| 98 | AVE31115BK | BINDER,3/RG,BE,11X8.5,1 | EA | 1,646 | $ 1.30 | $ 2,139.80 | | | | | $ 2,139.80 |
| 99 | AVE31115BL | BINDER,3RG11X8.5,1.5"BE | EA | 432 | $ 1.30 | $ 561.60 | | | | | $ 561.60 |
| 100 | AVE31115LBK | BINDER,3/RG,BK,11X8.5,X | EA | 1,328 | $ 1.42 | $ 1,885.76 | | | | | $ 1,885.76 |
| 101 | AVE31120BK | BINDER,3/RG,BK,11X8.5,2 | EA | 2,436 | $ 2.10 | $ 5,115.60 | | | | | $ 5,115.60 |
| 102 | AVE31120BE | BINDER,3RG,11X8.5,2"BE | EA | 98 | $ 1.53 | $ 089.43 | | | | | $ 089.43 |
| 103 | AVE31123LBE | BINDER,3RG,11X8.5,3"BE | EA | 98 | $ 2.34 | $ 222.30 | | | | | $ 222.30 |
| 104 | AVE31128LBK | BNDR 3RG 11X8.5,3" BK | EA | 2,192 | $ 2.24 | $ 4,910.08 | | | | | $ 4,910.08 |
| 105 | AVE3640BK | BNDR,3RG,3.5X5.5,1" BK | EA | 1,297 | $ 1.42 | $ 1,841.74 | | | | | $ 1,841.74 |
| 106 | AVEL9408 | INDEX MAKER,JASP,2H,5TB | BX | 57 | $ 42.94 | $ 2,447.58 | | | | | $ 2,447.58 |
| 107 | AVELSK5UB | INDEX,JASP,KT,5TB | BX | 57 | $ 41.44 | $ 2,362.08 | | | | | $ 2,362.08 |
| 108 | AVER21315 | INDEX,RDV,LTR,1-15,A5T | ST | 160 | $ 1.51 | $ 241.60 | | | | | $ 241.60 |
| 109 | AVETT2131C | INDEX,TABLE/TAB,1-31,8KWE | ST | 284 | $ 2.55 | $ 699.60 | 006709 pg 139/398941 | BNDR,VU,3RG,LTR,1",WE | EA | 0.93 | $ 681.98 |
| 110 | AVEV31110WE | BNDR,VU,3RG,LTR,1"WE | ST | 825 | $ 1.44 | $ 900.00 | 006721 pg 139/398251 | BNDR,VU,3RG,LTR,1.5"WE | EA | 1.43 | $ 1,011.31 |
| 111 | AVEV31110WE | BNDR,VU,3RG,LTR,1.5"WE | EA | 1,287 | $ 4.96 | $ 6,384.32 | 00057291 pg 139/398241 | BNDR,VU,3RG,LTR,2",WE | EA | 1.73 | $ 1,008.20 |
| 112 | AVEV31120WE | BNDR,VU,3RG,LTR,2",WE | EA | 583 | $ 2.68 | $ 1,562.44 | WVWW39138/PG 1411/971465 | BNDR,VU,3RG,LTR,3",WE | EA | 2.40 | $ 1,788.40 |
| 113 | AVEV31125WE | BNDR,VU,3RG,LTR,3",WE | EA | 1,735 | $ 1.75 | $ 3,448.25 | | | | | $ 1,330.50 |
| 114 | AVEV51110WE | BINDER,3RG,WE,11X8.5,1 | EA | 842 | $ 2.15 | $ 1,360.30 | | | | | $ 948.90 |
| 115 | AVEV51115WE | BNDR,3LTR3,11X8.5,1.5,WE | EA | 123 | $ 2.10 | $ 246.00 | | | | | $ 735.10 |
| 116 | AVEV51120WE | BNDR,3LTR3,11X8.5,2"WE | EA | 255 | $ 3.12 | $ 795.60 | | | | | $ 82.92 |
| 117 | AVEV51125WE | BNDR,VU,DRING,LTR,3",WE | EA | 213 | $ 4.25 | $ 905.25 | 003200043/ pg 143/498368 | BNDR,VU,DRING,LTR,3"WE | EA | 2.84 | $ 82.52 |
| 118 | AVEW2135 | INDEX,BNDR,LTR,CL,5TB | 3T | 587 | $ 0.39 | $ 228.93 | | | | | $ 228.93 |
| 119 | AVEW2135C | INDEX,BNDR,LTR,CL,5TB | ST | 864 | $ 0.39 | $ 336.96 | | | | | $ 336.96 |
| 120 | AVEV2138C | INDEX,BNDR,LTR,CL,5TB | ST | 698 | $ 0.81 | $ 565.38 | | | | | $ 565.38 |
| 121 | AVF76301 | CLIP WALL PANEL,WE 20BX | BX | 124 | $ 2.75 | $ 341.00 | | | | | $ 341.00 |
| 122 | BCF5111BE | PEN,BALL,RE,F,BIC,ROUND | DZ | 828 | $ 0.50 | $ 487.34 | 008488371/pg 327/848587 | PEN,BALL,REF,BIC,ROUND | DZ | 0.39 | $ 322.14 |
| 123 | BCF5111BK | PEN,BALL,BK,F,BIC,ROUND | DZ | 1,351 | $ 0.59 | $ 797.09 | 008488379/pg 327/848879 | PEN,BALL,BK,F,BIC,ROUND | DZ | 0.39 | $ 526.90 |
| 124 | BCF511RD | PEN,BALL,RD,F,BIC,ROUND | DZ | 446 | $ 0.59 | $ 263.14 | 008488857/pg 327/848896 | PEN,BALL,RD,F,BIC,ROUND | DZ | 0.39 | $ 173.94 |
| 125 | BCSGMAU11BK | PEN,BLPT,RND STK,MED,BK | DZ | 256 | $ 0.39 | $ 327.64 | 008488037/pg 327/848939 | PEN,BLPT,RND STK,MED,BE | DZ | 0.03 | $ 99.84 |
| 126 | BICA5111BE | PEN,BLPT,RND STK,MED,BE | EA | 67,152 | $ 0.05 | $ 3,357.60 | 008488929/pg 327/848929 | PEN,BLPT,RND STK,MED,BE | EA | 0.03 | $ 2,014.50 |
| 127 | BICA5111BK | PEN,BLPT,RND STK,MED,BK | EA | 122,100 | $ 0.05 | $ 6,105.00 | 008488003/pg 327/848903 | PEN,BLPT,RND STK,MED,BK | EA | 0.03 | $ 3,663.00 |
| 128 | BICA5111RD | PEN,BLPT,CLSC,MED,RD,12DZ | EA | 27,096 | $ 0.05 | $ 1,354.80 | 008488911/pg 327/848911 | PEN,BLPT,CLSC,MED,RD,12DZ | EA | 0.03 | $ 812.88 |
| 129 | BICRF11BE | PEN,ROLR,MTL,XFN,BE | EA | 897 | $ 0.17 | $ 152.49 | | | | | $ 152.49 |
| 130 | BICRF11BK | PEN,ROLR,MTL,XFN,BK | EA | 1,576 | $ 0.17 | $ 267.92 | | | | | $ 267.92 |
| 131 | BICRV11BE | PEN,ROLR,GRIP,MICRO FN,BE | EA | 426 | $ 0.17 | $ 72.42 | | | | | $ 72.42 |
| 132 | BICRV11BK | PEN,ROLR,GRIP,MICRO FN,BK | EA | 426 | $ 0.17 | $ 72.42 | | | | | $ 72.42 |
| 133 | BICSGSP11BK | PEN,BLPT,CUSHN,RET,FN,BK | EA | 424 | $ 0.33 | $ 139.92 | 008488903/pg 327/848903 | PEN,BLPT,CUSHN,RET,MED,BK | EA | 0.03 | $ 139.92 |
| 134 | BICSGSM11BK | PEN,BLPT,CUSHN,RET,MED,BK | EA | 1,603 | $ 0.22 | $ 352.66 | | | | | $ 48.09 |
| 135 | BICVLG11BLU | PEN,VELOCITY,RET,BE | EA | 515 | $ 0.35 | $ 180.25 | | | | | $ 180.25 |
| 136 | BIOWOELP11 | CORR FILM,PEN,STYLE | EA | 209 | $ 0.86 | $ 180.01 | | | | | $ 180.01 |
| 137 | BIOWOFQD12 | CORR FLUID,QUICKDRY | EA | 298 | $ 0.47 | $ 139.12 | | | | | $ 139.12 |
| 138 | BOS00712 | STAPLE,STD,CHSL,SM | BX | 1,534 | $ 0.27 | $ 414.18 | | | | | $ 414.18 |
| 139 | BRT1030 | RIBB,COR,F/AX10,12,15,20 | EA | 157 | $ 1.61 | $ 252.77 | | | | | $ 252.77 |
| 140 | BRTM231 | TAPE,EM55,1/2",BKWE | EA | 181 | $ 4.19 | $ 754.77 | | | | | $ 754.77 |
| 141 | BRTPC201 | PRINT CTRG,FAX,BK | EA | 172 | $ 11.28 | $ 1,851.44 | NUKOD001B/pg398947/02 | PRINT CTRG,FAX,BK | EA | 9.45 | $ 1,834.65 |
| 142 | BRTTC250 | TAPE,EM55,1/2",BKWE,2PK | PK | 94 | $ 12.80 | $ 1,192.80 | | | | | $ 1,192.80 |

| Sequence # | Manufacturer # | Description | Alternate Item # | Alternate Description | Extended Price | QTY | UOM | Unit Price | Extended Price | Unit Price | UCM | UOM | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | BRT1N430 | TONER CTRG,PPF4750,3M PG | | | | 87 | EA | $29.13 | $2,534.31 | | | | $2,534.31 |
| 144 | BRT1N5000PF | TONER CTRG,LASR FAX | | | | 132 | EA | $19.33 | $2,155.56 | | | | $2,155.56 |
| 145 | BRT1Z131 | TAPE,EMB5,1/2",BK/CL | | | | 129 | EA | $6.00 | $774.00 | | | | $774.00 |
| 146 | BRT1Z211 | TAPE,EMB5,1/4",BK/WE | | | | 86 | EA | $4.43 | $380.98 | | | | $380.98 |
| 147 | BRT1Z221 | TAPE,EMB5,3/8",BK/WE | | | | 92 | EA | $6.13 | $563.96 | | | | $563.96 |
| 148 | BRT1Z231 | TAPE,EMB5,1/2",BK/WE | | | | 683 | EA | $6.60 | $4,507.80 | | | | $4,507.80 |
| 149 | BRT1Z241 | TAPE,EMB5,3/4",BK/WE | | | | 179 | EA | $8.00 | $1,432.00 | | | | $1,432.00 |
| 150 | BRT1Z251 | TAPE,EMB5,1",BK/WE | | | | 119 | EA | $9.21 | $1,095.99 | | | | $1,095.99 |
| 151 | BTE3100B | TAPE,EMB5,P,BK/WE | | | | 611 | PK | $0.98 | $598.78 | | | | $598.78 |
| 152 | CLI81000 | PROT,SHT,1,LTR,NO.50 | | | | 298 | BX | $4.43 | $1,320.14 | | | | $1,320.14 |
| 153 | CMH14815 | DETERGENT,DISH,LIQUID | | | | 132 | EA | $2.10 | $277.20 | | | | $277.20 |
| 154 | DAXN17861BT | FRAME,DOC,8.5X11,BK | | | | 195 | EA | $0.98 | $191.70 | | | | $191.70 |
| 155 | DX13882 | PCL,WD,#2,TICONDEROGA | | | | 1,172 | DZ | $0.87 | $1,019.64 | | | | $1,019.64 |
| 156 | DUCHP2B0C | TAPE,SEAL,2"X60YD,CL | | | | 417 | RL | $2.33 | $971.61 | | | | $971.61 |
| 157 | DUCPTY2 | ADHESIVE,MOUNT,PUTTY,4PK | | | | 239 | EA | $0.53 | $126.67 | | | | $126.67 |
| 158 | DXS12FPAC | CUP,12OZ,PAP,COLD,100/PK | | | | 168 | PK | $4.93 | $828.24 | | | | $828.24 |
| 159 | DXS45AD | CUP,WATER,3-OZ,100/PK | | | | 268 | PK | $0.86 | $228.78 | | | | $228.78 |
| 160 | DXS5333CD | CUP,HOT,8OZ,1000/CT | | | | 280 | PK | $2.11 | $590.80 | | | | $590.80 |
| 161 | DXS5342CD | CUP,HOT,12OZ,1000/CT | | | | 389 | PK | $5.16 | $2,007.24 | | | | $2,007.24 |
| 162 | DXS5X12AC | BOWL,HVYDTY,PPR,125/PK | | | | 203 | PK | $4.08 | $828.24 | | | | $828.24 |
| 163 | DXST4120 | SPOON,PLAST,HVY,WE,100BX | | | | 366 | BX | $2.13 | $786.28 | | | | $786.28 |
| 164 | DXSU79AC | PLATE,9"PAPR,COATD,125/PK | | | | 510 | PK | $6.74 | $3,437.40 | | | | $3,437.40 |
| 165 | EPSS020189 | PRINT CTRG,ST740,BK | | | | 66 | EA | $15.25 | $1,006.50 | | | | $1,006.50 |
| 166 | ESS02602 | FOLDER,CLSS,LTR,4PRT,GN | | | | 137 | EA | $0.84 | $115.08 | | | | $115.08 |
| 167 | ESS02604 | FOLDER,CLSS,LTR,8PRT,BE | | | | 210 | EA | $0.84 | $176.40 | | | | $176.40 |
| 168 | ESS02612 | FOLDER,CLSS,LTR,4PRT,GN | | | | 150 | EA | $0.74 | $111.00 | | | | $111.00 |
| 169 | ESS02613 | FOLDER,CLSS,LTR,4PRT,GY | | | | 295 | EA | $0.64 | $188.80 | | | | $188.80 |
| 170 | ESS02614 | FOLDER,CLSS,LTR,4PRT,BE | | | | 180 | BX | $0.74 | $133.20 | | | | $133.20 |
| 171 | ESS11270 | FOLDER,END,STR,LGL,50BX | | | | 169 | BX | $5.20 | $878.80 | | | | $878.80 |
| 172 | ESS30 | CARD,INDEX,3X5,PLN,WE | | | | 670 | PK | $0.22 | $191.40 | | | | $191.40 |
| 173 | ES831 | CARD,INDEX,3X5,RULED,WE | | | | 2,274 | PK | $0.28 | $636.72 | | | | $636.72 |
| 174 | ESS40655 | SORTER,LTR,GENERAL | | | | 76 | EA | $8.84 | $670.50 | | | | $670.50 |
| 175 | ESS57402 | PORT,LTR,2PKT,25/BX,DBE | | | | 1,550 | EA | $1.03 | $1,596.50 | | | | $1,596.50 |
| 176 | ESS57441 | CVR,REP,POLY,2PKT,BE | | | | 1,012 | EA | $0.58 | $586.96 | | | | $586.96 |
| 177 | ESS57501 | PORTFOLIO,2PKT,LBE,25/BX | | | | 211 | BX | $2.94 | $620.34 | | | | $620.34 |
| 178 | ESS57511 | PORTFOLIO,2PKT,LTR,RD | | | | 110 | BX | $2.33 | $256.30 | | | | $256.30 |
| 179 | ESS57513 | PORTFOLIO,2PKT,AST,25/BX | | | | 162 | BX | $2.94 | $476.28 | | | | $476.28 |
| 180 | ESS57538 | PORTFOLIO,2PKT,HVG,25/BX | | | | 605 | BX | $3.31 | $1,999.42 | | | | $1,999.42 |
| 181 | ESS57556 | PORTFOLIO,2PKT,HG,25/BX | | | | 146 | BX | $5.72 | $835.12 | | | | $835.12 |
| 182 | ESS57558 | PORTFOLIO,2PKT,BY,25/BX | | | | 100 | BX | $5.72 | $572.00 | | | | $572.00 |
| 183 | ESS56710 | BOOK,9X978,96PG,TN | | | | 262 | EA | $2.25 | $567.00 | | | | $567.00 |
| 184 | ESS71006 | CVR,RPT,LTR,PSBD,RCYL,BK | | | | 180 | EA | $0.50 | $90.00 | | | | $90.00 |
| 185 | ESS7420BLU | CARD,INDEX,4X8,BLNK,BE | | | | 971 | PK | $0.63 | $611.73 | | | | $611.73 |
| 186 | ESS82300 | FOLDER,1/3,LTR,ASST,24PK | | | | 84 | BX | $1.53 | $128.52 | | | | $128.52 |
| 187 | ESSH10U19R | FOLDER,EXP,FSTN/FLTR,RD | | | | 75 | BX | $10.13 | $759.75 | | | | $759.75 |
| 188 | ESSSER2BL | FLDR,EXP,PRSNL,2"EXP,BE | | | | 106 | EA | $6.78 | $715.50 | | | | $715.50 |
| 189 | ESSSER2ER | FLDR,EXP,PRSNL,2"EXP,RD | | | | 75 | EA | $5.40 | $432.00 | | | | $432.00 |
| 190 | EVECHM4PC | FAMILY CHARGER,AA/AAA/C/D/9V | | | | 2,108 | EA | $10.29 | $21,670.74 | | | | $21,670.74 |
| 191 | EVENH12PB4 | AA, RECHARGEABLE, 4PK | | | | 4,916 | PK | $6.39 | $31,413.24 | | | | $31,413.24 |
| 192 | EVENH15PB4 | AAA, RECHARGEABLE, 4PK | | | | 10,974 | PK | $6.39 | $70,123.86 | | | | $70,123.86 |
| 193 | EVEH122NBP | 9V, RECHARGEABLE, 1/PK | | | | 1,380 | PK | $4.97 | $6,858.60 | | | | $6,858.60 |

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 194 | EVENH358P2 | C, RECHARGEABLE, 2/PK | PK | 1,724 | 4.97 | 8,568.28 | | | | | 8,568.28 |
| 195 | EVENH522P2 | D, RECHARGEABLE, 2/PK | PK | 8,387 | 4.97 | 41,683.39 | | | | | 41,683.39 |
| 196 | FEL00701 | FILE,STG,ECON,LTR,12CT | EA | 1,067 | 1.74 | 1,856.58 | FEL00103pg131/878914 | FILE,STG,ECON,LTR,12CT | EA | 0.58 | 618.86 |
| 197 | FEL00702 | FILE,STG,ECON,LGL,12CT | EA | 1,772 | 1.97 | 3,490.84 | | | | | 3,490.84 |
| 198 | FEL00703 | FILE,STG,ECON,LTR/LGL,12 | EA | 13,788 | 0.96 | 13,096.80 | FEL00103pg131/878916 | FILE,STG,ECON,LTR/LGL,12 | EA | 0.56 | 7,553.60 |
| 199 | FEL00724 | FILE,STG,ECON,W/L,12CT | EA | 370 | 1.11 | 410.70 | | | | | 410.70 |
| 200 | FEL00785 | FILE,STG,HANG,LTR/LGL,4CT | EA | 2,049 | 2.52 | 1,054.12 | | | | | 1,054.12 |
| 201 | FEL00789 | FILE,QLIK/STG,LTR/1QL,WE | EA | 848 | 2.58 | 2,909.88 | | | | | 2,909.88 |
| 202 | FEL12770 | FILE,STG,ROY,LTR/LGL,12CT | EA | 51 | 0.70 | 361.80 | | | | | 361.80 |
| 203 | FEL91741 | MOUSE PAD,WRIST REST,GEL | EA | 180 | 6.05 | 538.85 | | | | | 538.85 |
| 204 | FEL91744 | WRIST REST,GEL,W/SKID,BK | EA | 148 | 6.04 | 1,087.20 | | | | | 1,087.20 |
| 205 | FEL93741 | WRIST REST,MOUSEPD,GEL | EA | 206 | 4.38 | 648.24 | | | | | 648.24 |
| 206 | FEL90000 | SURGE PROT,8OUTLT,7,CRD | EA | 138 | 3.75 | 780.00 | | | | | 780.00 |
| 207 | FEL90722 | CLEANER PHONE,1C/TUB | EA | 695 | 1.91 | 1,327.46 | | | | | 1,327.46 |
| 208 | FEL90708 | CLEANER DUSTER,SPRAY,2PK | PK | 138 | 4.42 | 609.99 | | | | | 609.99 |
| 209 | FRJ27851 | TOWEL,2PLY,80SHEET/RL | RL | 361 | 0.32 | 115.52 | | | | | 115.52 |
| 210 | FRJ29190 | WIPES,CHOICE,8X12,85/BX | BX | 200 | 2.87 | 574.00 | | | | | 574.00 |
| 211 | FSK1900 | SCISSORS,DURA,GENRL,9"BE | EA | 495 | 0.92 | 427.80 | | | | | 427.80 |
| 212 | FLJ8100/19834 | DRAWER ORG,KUR/SNAP,400,2TEXP | EA | 97 | 4.11 | 368.67 | | | | | 368.67 |
| 213 | FLJ28371/0001 | DISK,ZIP,250MB | EA | 111 | 5.77 | 640.47 | | | | | 640.47 |
| 214 | GBC32000579 | POUCH,MENU SZ,11X17,25PK | PK | 144 | 3.54 | 568.75 | | | | | 568.75 |
| 215 | GEL14650 | BULB,FLUR,18W | EA | 104 | 3.09 | 104.28 | | | | | 104.28 |
| 216 | GEC59096 | CERTIFICATE RD,GD,25PK | PK | 132 | 0.79 | 170.84 | | | | | 170.84 |
| 217 | GEC59087 | CERTIFICATE,25/PK,BE | PK | 216 | 0.79 | 341.63 | | | | | 341.63 |
| 218 | GEC59417 | CERTIFICATE OVR,UN,BE | PK | 267 | 1.19 | 104.28 | | | | | 104.28 |
| 219 | GEP31428 | NAPKIN,2PLY,15X17,250/PK | PK | 283 | 1.25 | 316.25 | | | | | 316.25 |
| 220 | GLWB50H | CASE,BINDING,LTR,HGH,ARCH | EA | 427 | 5.06 | 3,160.16 | | | | | 2,199.18 |
| 221 | GOJ95124 | CLEANER HAND,SNTZR,PURELL | EA | 678 | 0.99 | 466.38 | | | | | 495.39 |
| 222 | GOJ96512 | CLEANER PUREL,INB HND,8OZ | EA | 276 | 1.37 | 378.12 | | | | | 378.12 |
| 223 | GRBLE21UNDB | CTG,TONER HP,4M,EX,BK | EA | 60 | 35.00 | 2,100.00 | | | | | 2,100.00 |
| 224 | GRBLE2114NDB | TONER,REMAN,LJ8100,CLASC | EA | 65 | 51.88 | 4,409.80 | | | | | 4,409.80 |
| 225 | HEW1815A | PRINT CTRG,DESKJT,BK | EA | 179 | 7.44 | 1,331.78 | | | | | 1,331.78 |
| 226 | HEW1816A | PRINT CTRG,DESKJT,BK | EA | 742 | 7.88 | 5,673.98 | | | | | 5,673.98 |
| 227 | HEW1822A | PRINT CTRG,NKJT 890C,BK | EA | 453 | 13.16 | 5,867.84 | | | | | 5,867.84 |
| 228 | HEW1841A | PRINT CTRG,DESKJT,CLR | EA | 71 | 19.78 | 1,404.38 | | | | | 1,404.38 |
| 229 | HEW1645A | PRINT CTRG,P/1800C 8X,EA | EA | 1,398 | 10.60 | 14,818.80 | | | | | 14,818.80 |
| 230 | HEW1649A | PRINT CTRG,HP860C,TRICLR | EA | 115 | 14.83 | 1,705.45 | | | | | 1,705.45 |
| 231 | HEW2274A | TONER CTRG,LASRJT 4L/4ML | EA | 115 | 30.30 | 3,484.80 | | | | | 3,484.80 |
| 232 | HEW2291A | TONER CTRG,LASRJT 3/4SI | EA | 80 | 31.44 | 2,515.20 | | | | | 2,515.20 |
| 233 | HEW2298A | TONER CTRG,LASRJT 4 | EA | 261 | 39.00 | 10,186.00 | | | | | 10,186.00 |
| 234 | HEW2420A | TONER CTRG,LASR JT4/4M | EA | 100 | 38.33 | 3,833.50 | | | | | 3,833.50 |
| 235 | HEW1823D | PRINT CTRG,HP2500C/2500 | EA | 244 | 15.09 | 3,681.98 | | | | | 3,681.98 |
| 236 | HEW3903A | PRINT CTRG,LASRJT 5P/5MP | EA | 221 | 36.40 | 8,048.07 | | | | | 8,048.07 |
| 237 | HEW3906A | TONER CTRG,HP5L/6L | EA | 130 | 29.45 | 3,826.50 | TONER CTRG,HP5L/6L | | EA | 29.32 | 3,811.60 |
| 238 | HEW3909A | TONER CTRG,LASRJT 5SI | EA | 135 | 64.62 | 8,723.70 | TONER CTRG,LASRJT 6SI | | EA | 63.67 | 1,896.47 |
| 239 | HEW4096A | TONER CTRG,HP1100A,UL,TRA | EA | 137 | 30.68 | 4,203.18 | | | | | 4,203.18 |
| 240 | HEW4096A | TONER CTRG,LASR,HP2100 | EA | 371 | 45.56 | 16,902.78 | | | | | 16,902.78 |
| 241 | HEW4127A | TONER CTRG,HP4000,8M * | EA | 67 | 41.83 | 3,639.21 | | | | | 3,639.21 |
| 242 | HEW4127X | TONER CTRG,HP4000,10M | EA | 417 | 53.16 | 22,187.72 | | | | | 22,187.72 |
| 243 | HEW4127X | TONER CTRG,5000/VGN,BK | EA | 107 | 57.86 | 6,151.00 | NUXOD282X pg 830/658203 | TONER CTRG,X5000/VGN,BK | EA | 57.83 | 8,134.94 |
| 244 | HEW4182X | TONER CTRG,HPC4182X,BK | EA | 201 | 73.23 | 14,729.28 | NUXOD62Xpg 890/878121 | TONER CTRG,HPC4182X,BK | EA | 71.71 | 14,418.98 |

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | HEWC4191A | TONER CTRG HP4500,BK | EA | 105 | $ 41.27 | $ 4,333.35 | | | | $ | $ 4,333.35 |
| 246 | HEWC4182A | TONER CTRG HP4500,CN | EA | 80 | $ 52.46 | $ 4,196.80 | | | | $ | $ 4,196.80 |
| 247 | HEWC4193A | TONER CTRG HP4500,MA | EA | 65 | $ 52.46 | $ 3,409.90 | | | | $ | $ 3,409.90 |
| 248 | HEWC4194A | TONER CTRG HP4500,YW | EA | 70 | $ 52.46 | $ 3,672.20 | | | | $ | $ 3,672.20 |
| 249 | HEWC4195A | DRUM UNIT,F/HP4500 | EA | 80 | $ 52.64 | $ 4,884.98 | | | | $ | $ 4,884.98 |
| 250 | HEWC9841A | PRINT CTRG HP20000,CN | EA | 83 | $ 20.79 | $ 1,725.57 | | | | $ | $ 1,725.57 |
| 251 | HEWC8842A | PRINT CTRG HP20000,YW | EA | 61 | $ 20.79 | $ 1,268.19 | | | | $ | $ 1,268.19 |
| 252 | HEWC8843A | PRINT CTRG HP20000,MA | EA | 65 | $ 20.79 | $ 1,351.35 | | | | $ | $ 1,351.35 |
| 253 | HEWC8844A | PRINT CTRG HP20000,BG,BK | EA | 197 | $ 21.32 | $ 4,200.04 | | | | $ | $ 4,200.04 |
| 254 | HEWC9500101DN | INK CTRG HP14,CP1160 | EA | 114 | $ 11.43 | $ 1,303.02 | | | | $ | $ 1,303.02 |
| 255 | HEWC9501101DN | INK CTRG HP14,CP1160,SR | EA | 114 | $ 13.89 | $ 1,583.46 | | | | $ | $ 1,583.46 |
| 256 | HEWC5141F | DATA CTRG DLT IV,40/70/80 | EA | 137 | $ 35.79 | $ 4,903.23 | | | | $ | $ 4,903.23 |
| 257 | HEWC5578ANN | PRINT CTRG F/DJ970,TRI-C | EA | 221 | $ 15.09 | $ 3,334.89 | | | | $ | $ 3,334.89 |
| 258 | HEWC5578DN | PRINT CTRG DJ970,TRICLR | EA | 735 | $ 22.30 | $ 16,390.50 | | | | $ | $ 16,390.50 |
| 259 | HEWC9614DN | PRINT CTRG DJ810/C812C,BK | EA | 62 | $ 15.51 | $ 961.62 | | | | $ | $ 961.62 |
| 260 | HEWC9615DN | PRINT CTRG DJ810/C812C,BK | EA | 551 | $ 12.52 | $ 6,898.52 | | | | $ | $ 6,898.52 |
| 261 | HEWC9625AN | PRINT CTRG HP840C,TRI CLR | EA | 103 | $ 14.58 | $ 1,499.66 | | | | $ | $ 1,499.66 |
| 262 | HEWC8856AN | TONER CTRG,INKJT,BK | EA | 186 | $ 7.69 | $ 1,430.34 | | | | $ | $ 1,430.34 |
| 263 | HEWC8857AN | TONER CTRG,INKJT,TRICLR | EA | 163 | $ 14.10 | $ 2,298.30 | | | | $ | $ 2,298.30 |
| 264 | HEWC7115A | TONER CTRG,1200/1220 | EA | 137 | $ 33.53 | $ 4,596.21 | | | | $ | $ 4,596.21 |
| 265 | HEWC8061X | TONER CTRG,DJ4,INKJT,HP4100 | BX | 184 | $ 56.28 | $ 10,421.32 | | | | $ | $ 10,421.32 |
| 266 | MAX12861 | DISK,3.5" DSHD,PRM | BX | 1,599 | $ 1.64 | $ 2,418.36 | | | | $ | $ 2,418.36 |
| 267 | MAN15708 | CD-R BRANDED 48X,50PK | EA | 878 | $ 0.15 | $ 131.70 | | | | $ | $ 131.70 |
| 268 | MAN41181 | CD-R 700MO/80MIN,48X | EA | 500 | $ 0.29 | $ 145.00 | | | | $ | $ 145.00 |
| 269 | MAN41458 | CD-RW,4X,10X,PK | EA | 205 | $ 0.41 | $ 84.05 | | | | $ | $ 84.05 |
| 270 | IOM10023 | DISK ZIP,100MB,IBM | EA | 333 | $ 5.77 | $ 1,921.41 | | | | $ | $ 1,921.41 |
| 271 | KGI21002 | TISSUE FACIAL,COLD CARE | BX | 299 | $ 0.78 | $ 201.75 | | | | $ | $ 201.75 |
| 272 | KGI21270 | TISSUE FACIAL,BOUTIQUE | BX | 1,182 | $ 0.04 | $ 1,062.88 | | | | $ | $ 1,062.88 |
| 273 | KGI21340 | TISSUE FACIAL,1C/BX | BX | 1,379 | $ 0.82 | $ 1,130.78 | | | | $ | $ 1,130.78 |
| 274 | KGI21400 | TISSUE FACIAL,KLNX,100BX | BX | 1,162 | $ 0.82 | $ 952.84 | | | | $ | $ 952.84 |
| 275 | KLF91901 | INDEX,LGL,LT,RET,1-25 | PK | 503 | $ 0.81 | $ 407.43 | | | | $ | $ 407.43 |
| 276 | KLF91902 | INDEX,LGL,LT,RET,26-50 | PK | 156 | $ 0.81 | $ 126.36 | | | | $ | $ 126.36 |
| 277 | KMW22256 | CLEANER,DUST,FLINT,10OZ | EA | 102 | $ 1.87 | $ 190.74 | | | | $ | $ 190.74 |
| 278 | KXO1364750 | FILM,35MM,400S/O,GF135-24 | EA | 126 | $ 1.86 | $ 234.00 | | | | $ | $ 234.00 |
| 279 | KXO1364755 | FILM,35MM,400S/O,GF135-12 | EA | 140 | $ 2.59 | $ 362.60 | | | | $ | $ 362.60 |
| 280 | LEX1337780 | RIBN,LG,IBM WHL,WTR,3/5/8 | EA | 197 | $ 3.62 | $ 713.14 | | | | $ | $ 713.14 |
| 281 | LEX1390999 | RIBN,TW,CORR,WHL,WTR,BK | EA | 239 | $ 4.48 | $ 1,070.72 | | | | $ | $ 1,070.72 |
| 282 | LEX1382100 | CARTRIDGE PRINT,DIA-FINE | EA | 142 | $ 69.66 | $ 9,891.72 | | | | $ | $ 9,891.72 |
| 283 | LEX1382925 | CTG,17.6K,PRNT,S,PRE8TE | EA | 62 | $ 143.75 | $ 7,475.00 | | | | $ | $ 7,475.00 |
| 284 | LEX17001062 | CARTRIDGE,PRT,OPTRAM,6K | EA | 265 | $ 74.28 | $ 19,676.00 | | | | $ | $ 19,676.00 |
| 285 | MAS00292 | DOORSTOP,W/SKID,BN | EA | 200 | $ 1.49 | $ 298.00 | | | | $ | $ 298.00 |
| 286 | MAS00994 | DOORSTOP,GIANT,FOOT | EA | 112 | $ 2.39 | $ 267.68 | | | | $ | $ 267.68 |
| 287 | MAX102211 | CASSETTE AUDIO,90MIN | EA | 1,562 | $ 0.56 | $ 865.92 | | | | $ | $ 865.92 |
| 288 | MAX102411 | CASSETTE AUDIO,60MIN | EA | 612 | $ 0.21 | $ 170.52 | | | | $ | $ 170.52 |
| 289 | MAX108010 | TAPE,AUDIO,UR120 | EA | 678 | $ 0.43 | $ 291.54 | | | | $ | $ 291.54 |
| 290 | MAX108510 | TAPE,AUDIO,UR90 | EA | 553 | $ 0.26 | $ 143.78 | | | | $ | $ 143.78 |
| 291 | MAX108910 | CASSETTE,AUDIO,90MIN | EA | 2,534 | $ 0.26 | $ 684.84 | | | | $ | $ 684.84 |
| 292 | MAX109010 | CASSETTE,MICRO,90MIN,3PK | PK | 361 | $ 1.04 | $ 375.79 | | | | $ | $ 375.79 |
| 293 | MAX200110 | CARTRIDGE,DATA 4MM,4.0GB | EA | 160 | $ 1.84 | $ 262.40 | | | | $ | $ 262.40 |
| 294 | MAX595423 | DISK,3.5" DSHD,IBM,FRMT | PK | 211 | $ 1.05 | $ 221.55 | | | | $ | $ 221.55 |
| 295 | MEA09910 | NTBK,9.75X7.5,BK,100SH | EA | 456 | $ 0.38 | $ 173.28 | | | | $ | $ 173.28 |

8