BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg (SBN 123058)
Peter J. Shakow (SBN 198633)
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: gsl@birdmarella.com
       pjs@birdmarella.com

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Paul T. Hourihan (*pro hac vice*)
Beth A. Levene (*pro hac vice*)
William P. Ashworth (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: dkatz@wc.com
       phourihan@wc.com
       blevene@wc.com
       washworth@wc.com

*Attorneys for Defendant Office Depot, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| State of California *et al.*, *ex rel.* David Sherwin,<br><br>           Plaintiff(s),<br><br>  v.<br><br>Office Depot, Inc.,<br><br>           Defendant. | Case No.: 2:12-cv-09952-FMO-CW<br>Hon. Fernando M. Olguin<br><br>**DEFENDANT OFFICE DEPOT'S NOTICE OF MOTION AND MOTION TO DISMISS DAVID SHERWIN'S CORRECTED FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>Date: April 25, 2013<br>Time: 10:00 a.m.<br>Courtroom: F- 9th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that at the date, time, and place noted above, Defendant Office Depot, Inc. will and hereby does move the Court to dismiss the

Corrected First Amended Complaint ("FAC") filed by Plaintiff-Relator David Sherwin's pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made on the grounds that Mr. Sherwin's claims are barred by *res judicata*, as he alleged the same claims in a prior *qui tam* action filed in Florida that was dismissed with prejudice by the Florida Attorney General. Additionally, the FAC fails to state a claim upon which relief may be granted, as it fails to allege the *sine qua non* of an action under the California False Claims Act: submission of any actual false claim by Office Depot. Finally, the FAC fails to plead with particularity the alleged fraud underlying Mr. Sherwin's allegations, leaving unidentified the fundamental requirements of "who, what, when, where, and how" mandated by Federal Rule of Civil Procedure 9(b).

This motion will be based upon this Notice of Motion and Motion, the Memorandum in Support filed herewith, the Request for Judicial Notice in Support of Motion to Dismiss David Sherwin's Corrected First Amended Complaint Pursuant to Rule 12(b)(6) (including Exhibits 1 through 3 attached thereto), the papers and pleadings filed in this action and concurrently herewith, and such other papers as may be filed with the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 14, 2012.

| | |
|---|---|
| Dated:  February 8, 2013 | By:  /s/ Paul T. Hourihan |

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Paul T. Hourihan (*pro hac vice*)
Beth A. Levene (*pro hac vice*)
William P. Ashworth (*pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail:  dkatz@wc.com
            phourihan@wc.com
            blevene@wc.com
            washworth@wc.com

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg (SBN 123058)
Peter J. Shakow (SBN 198633)

1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone:(310) 201-2100
Facsimile: (310) 201-2110
E-mail: gsl@birdmarella.com
           pjs@birdmarella.com

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2013, I caused to be filed the foregoing document entitled DEFENDANT OFFICE DEPOT'S NOTICE OF MOTION AND MOTION TO DISMISS DAVID SHERWIN'S CORRECTED FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) electronically through the CM/ECF system, which caused parties or counsel of record in this matter to be served by electronic means.

By: /s/ Juli Ann Lund
Juli Ann Lund
Williams & Connolly LLP