| | |
|---|---|
| 1 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C. |
| 2 | Gary S. Lincenberg (SBN 123058) |
|   | John K. Rubiner (SBN 155208) |
| 3 | Nilay U. Vora (SBN 268339) |
|   | 1875 Century Park East, 23rd Floor |
| 4 | Los Angeles, CA  90067 |
|   | Telephone:  (310) 201-2100 |
| 5 | Facsimile:   (310) 201-2110 |
|   | E-mail: gsl@birdmarella.com |
| 6 | jkr@birdmarella.com |
|   | nuv@birdmarella.com |
| 7 |   |
|   | WILLIAMS & CONNOLLY LLP |
| 8 | Daniel F. Katz (*pro hac vice*) |
|   | Paul T. Hourihan (*pro hac vice*) |
| 9 | Beth A. Levene (*pro hac vice*) |
|   | William P. Ashworth (*pro hac vice*) |
| 10 | 725 Twelfth Street, N.W. |
|   | Washington, DC 20005 |
| 11 | Telephone: (202) 434-5000 |
|   | Facsimile: (202) 434-5029 |
| 12 | E-mail:  dkatz@wc.com |
|   | phourihan@wc.com |
| 13 | blevene@wc.com |
|   | washworth@wc.com |
| 14 |   |
|   | *Attorneys for Defendant Office Depot, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al., ex rel.* DAVID SHERWIN, | Case No. 2:12-cv-09952-FMO-CW |
| Plaintiffs, | **NOTICE OF MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES** |
| v. | |
| OFFICE DEPOT, INC., | Date: July 16, 2013 |
| Defendant. | Time:  10:00 a.m. |
|   | Courtroom: 22 |
|   | Hon. Carla Woehrle |
|   | "DISCOVERY MATTER" |
|   | Discovery Cut-Off:  October 25, 2013 |
|   | Pretrial Conference: June 20, 2014 |
|   | Trial: July 8, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the date, time, and place noted above, Defendant Office Depot, Inc. ("Office Depot") will and hereby does move the Court for an order requiring *qui tam* Plaintiff David Sherwin and the Plaintiff-Intervenors (collectively, "Plaintiffs") to produce supplemental interrogatory responses and to produce all documents responsive to Office Depot's requests for production.

This motion is based upon the Federal Rules of Civil Procedure and the Local Rules of this Court, the joint discovery stipulation filed with this Notice of Motion, any supplemental memorandum of law that may be filed pursuant to the rules of this Court, and on all the files and pleadings in this matter.

Dated:  June 25, 2013

By: /s/ Paul T. Hourihan

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Paul T. Hourihan (*pro hac vice*)
Beth A. Levene (*pro hac vice*)
William P. Ashworth (*pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail:  dkatz@wc.com
             phourihan@wc.com
             blevene@wc.com
             washworth@wc.com

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg (SBN 123058)
John K. Rubiner (SBN 155208)
Nilay U. Vora (SBN 268339)

1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone:(310) 201-2100
Facsimile: (310) 201-2110
E-mail: gsl@birdmarella.com
            jkr@birdmarella.com
            nuv@birdmarella.com

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on June 25, 2013, I caused the foregoing document to be filed |
| 3 | and served electronically through the CM/ECF system, and to be served via |
| 4 | electronic mail, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), on the |
| 5 | parties or counsel of record in this matter not designated to be served through the |
| 6 | CM/ECF system, as set forth in the attached service list. |
| 7 | |
| 8 | By: /s/ Juli Ann Lund |
|   | Juli Ann Lund |
| 9 | Williams & Connolly LLP |

# SERVICE LIST

| | |
|---|---|
| Mark Allen Kleiman<br>Law Offices of Mark Allen Kleiman<br>2907 Stanford Avenue<br>Venice, CA 90292<br>Telephone No.: (310) 306-8094<br>Facsimile No.: (310) 406-8491<br>Email: mkleiman@quitam.org | Attorneys for Cities of Azusa and Los Angeles; San Joaquin County Office of Education, Stanislaus County Office of Education, Merced Union High School District; Baldwin Park Unified School District, Monrovia Unified School District, and Rowland Unified School District; and for *Qui Tam* Plaintiff David Sherwin.<br><br>*[service via CM/ECF]* |
| Altomease R. Kennedy<br>McKnight & Kennedy LLC<br>Lee Plaza, Suite 1010<br>8601 Georgia Avenue<br>Silver Spring, MD 20910<br>Telephone No.: (301) 565-5281<br>Facsimile: (301) 565-5285<br>Email: akennedy@mcknightandkennedy.com | Attorneys for Cities of Azusa and Los Angeles; San Joaquin County Office of Education, Stanislaus County Office of Education, Merced Union High School District; Baldwin Park Unified School District, Monrovia Unified School District, and Rowland Unified School District; and for *Qui Tam* Plaintiff David Sherwin.<br><br>*[service via CM/ECF]* |
| Danny Yeh Chou<br>Kavita Narayan<br>Office of the County Counsel<br>70 West Hedding Street, East Wing, 9th Floor<br>San Jose, CA 95110-1770<br>Telephone No.: (408) 299-5930<br>Facsimile No.: (408) 292-7240<br>Email: danny.chou@cco.sccgov.org<br>       kavita.narayan@cco.sccgov.org | Attorneys for County of Santa Clara<br><br>*[service via CM/ECF and electronic mail]* |

| | |
|---|---|
| Laurie Rittenberg<br>Managing Assistant City Attorney<br>Los Angeles City Attorney's Office<br>800 City Hall East<br>200 N. Main Street<br>Los Angeles, California 90012<br>Telephone No.: (213) 473-6848<br>Facsimile No.: (213) 473-6818<br>Email: Laurie.Rittenberg@lacity.org | Attorneys for City of Los Angeles<br><br>*[service via CM/ECF]* |
| G. Ross Trindle, III<br>Best Best & Krieger, LLP<br>300 South Grand Ave., 25th Floor<br>Los Angeles, CA 90071<br>Telephone No.: (213) 617-8100<br>Facsimile No.: (213) 617-7480<br>Email: Ross.Trindle@bbklaw.com | Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Shafter, and Woodland; and Elk Grove Unified School District.<br><br>*[service via CM/ECF]* |
| City of Santa Maria<br>Wendy Stockton<br>Telephone No.: (805) 925-0951<br>Facsimile No.: (805) 928-1275<br>Email:<br>    wstockton@ci.santa-maria.ca.us | Attorneys for City of Santa Maria<br><br>*[service via CM/ECF]* |
| Chesley D. Quaide<br>Atkinson, Andelson, Loya, Ruud & Romo<br>5075 Hopyard Road, Suite 210<br>Pleasanton, CA 94588<br>Telephone No.: (925) 227-9200<br>Facsimile No.: (925) 227-9202<br>Email: cquaide@aalrr.com | Attorneys for Merced Union High School District, San Joaquin County Office of Education, Stanislaus County Office of Education and Stockton Unified School District<br><br>*[service via electronic mail]* |

| | |
|---|---|
| Eric R. Havian<br>Stephen Hasegawa<br>Edward H. Arens<br>Phillips & Cohen LLP<br>100 The Embarcadero, Suite 300<br>San Francisco, CA 94105<br>Telephone No.: (415) 836-9000<br>Facsimile No.: (415) 836-9001<br>Email:  erh@pcsf.com<br>         ssh@pcsf.com<br>         eha@pcsf.com | Attorneys for the Cities of Azusa, Los Angeles, and Santa Maria; the County of Santa Clara; San Joaquin County Office of Education, Stanislaus County Office of Education, Baldwin Park Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District<br><br>*[service via CM/ECF]* |
| Robert J. Nelson<br>Lexi J. Hazam<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone No.:(415) 956-1000<br>Facsimile No.: (415) 956-1008<br>Email:  rnelson@lchb.com<br>         lhazam@lchb.com | Attorneys for *Qui Tam* Plaintiff  David Sherwin<br><br>*[service via CM/ECF]* |
| Dean R. Derleth<br>City of Corona City Attorney's Office<br>400 South Vicentia Avenue<br>Corona, CA 92882<br>Telephone No.: (951) 279-3525<br>Facsimile No.: (213) 617-7480<br>Email:  dean.derleth@ci.corona.ca.us | Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Shafter, and Woodland; and Elk Grove Unified School District.<br><br>*[service via CM/ECF]* |