# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-9952 FMO (CWx) | Date | October 4, 2013 |
|---|---|---|---|
| Title | State of California, et al., ex rel. David Sherwin v. Office Depot, Inc. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Julieta Lozano | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):    Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**    **(In Chambers) ORDER**

On September 27, 2013, the court issued an order stating that it would not issue an order on the Unopposed Joint Motion of Office Depot and City of Roseville to Reconsider Notice of Document Discrepancies ("Joint Motion") until counsel for the City of Roseville enters a notice of appearance in this matter. (See Court's Order of September 27, 2013). To date, counsel has not entered such an appearance. (See, generally, Docket).

Accordingly, the court **denies**, **without prejudice**, the Unopposed Joint Motion of Office Depot and City of Roseville to Reconsider Notice of Document Discrepancies [**Document No. 155**].

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | jloz |