```
 1  BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
 2  Gary S. Lincenberg (SBN 123058)
    Peter J. Shakow (SBN 198633)
 3  1875 Century Park East, 23rd Floor
    Los Angeles, California  90067
 4  Telephone:  (310) 201-2100
    Facsimile:   (310) 201-2110
 5  Email: gsl@birdmarella.com
             pjs@birdmarella.com
 6
    WILLIAMS & CONNOLLY LLP
 7  Daniel F. Katz (pro hac vice)
    Paul T. Hourihan (pro hac vice)
 8  Beth A. Levene (pro hac vice)
    William P. Ashworth (pro hac vice)
 9  725 Twelfth Street, N.W.
    Washington, DC 20005
10  Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
11  Email:  dkatz@wc.com
             phourihan@wc.com
12           blevene@wc.com
             washworth@wc.com
13
    Attorneys for Defendant Office Depot, Inc.
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| State of California *et al.*, *ex rel*. David Sherwin,<br><br>               Plaintiff(s),<br><br>     v.<br><br>Office Depot, Inc.,<br><br>               Defendant. | Case No.: 2:12-cv-09952-FMO-CW<br>Hon. Fernando M. Olguin<br><br>**NOTICE OF ERRATA RE APPLICATIONS OF NON-RESIDENT ATTORNEYS ELISE M. BAUMGARTEN AND AMY R. DAVIS TO APPEAR *PRO HAC VICE*** |

3000128.1

Before the Court are Applications of Elise M. Baumgarten and Amy R. Davis to Appear *Pro Hac Vice* on behalf of Defendant Office Depot Inc.

The Applications previously submitted inadvertently did not include the signature of local counsel.  The attached Applications include said signatures.

DATED:  October 23, 2013    Respectfully submitted,

BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.


By:  _____s/ Nilay U. Vora_____
             Nilay U. Vora
    Attorneys for Defendant Office Depot, Inc.

3000128.1

NOTICE OF ERRATA RE *PRO HAC VICE* APPLICATIONS