BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg (SBN 123058)
John K. Rubiner (SBN 155208)
Nilay U. Vora (SBN 268339)
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
E-mail: gsl@birdmarella.com
jkr@birdmarella.com
nuv@birdmarella.com

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Paul T. Hourihan (*pro hac vice*)
Beth A. Levene (*pro hac vice*)
William P. Ashworth (*pro hac vice*)
Juli Ann Lund (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: dkatz@wc.com
phourihan@wc.com
blevene@wc.com
washworth@wc.com
jlund@wc.com

*Attorneys for Defendant Office Depot, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

State of California, et al., *ex rel.* David Sherwin,

Plaintiff,

v.

Office Depot, Inc.,

Defendant.

Case No.: 2:12-cv-09952-FMO-AJW
Hon. Fernando M. Olguin

**REQUEST TO SET A HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS [Dkt. 92]**

Date Requested: December 12, 2013
Time: 10:00 a.m.
Courtroom: F- 9th Floor

Defendant Office Depot, Inc. ("Office Depot") respectfully requests that the Court set a hearing date for its Motion to Dismiss, filed on May 6, 2013. Dkt. 92. That motion is fully briefed, *see* Dkt. 103 (Plaintiff/Relator's opposition brief); Dkt. 105 (Office Depot's reply brief), and previously had been scheduled for a hearing on July 18, 2013, *see* Dkt. 108. However, on July 15, 2013, the Court vacated the July 18, 2013 hearing date pending the Court's resolution of its Order to Show Cause regarding subject matter jurisdiction. *See* Dkt. 125.

On November 5, 2013, the Court vacated that Order to Show Cause. Dkt. 179. Because the Order to Show Cause has now been resolved, Office Depot respectfully requests that the Court reinstate its Motion to Dismiss and set it for a hearing on December 12, 2013 or the next available date on the Court's calendar.

A prompt hearing is in the interest of judicial economy. The Motion to Dismiss raises dispositive issues, the resolution of which could dramatically narrow the scope of this case. Indeed, Plaintiffs have filed a Motion for a Case Management Order Phasing Discovery and Trial, which directly implicates the extent to which a dispositive motion could narrow the issues to be tried. Pursuant to the Court's Order, Dkt. 181, briefing on that Motion for a Case Management Order will be complete by November 16, 2013. In addition, on the same day the Court vacated its Order to Show Cause, the County of San Bernardino and the City of Livermore filed a motion seeking leave to intervene, citing as grounds for intervention, among other things, arguments raised in Office Depot's pending Motion to Dismiss. The motion to intervene is set for a hearing on December 5, 2013.

Dated: November 7, 2013

By: /s/ Beth A. Levene

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (*pro hac vice*)
Paul T. Hourihan (*pro hac vice*)
Beth A. Levene (*pro hac vice*)
William P. Ashworth (*pro hac vice*)
Juli Ann Lund (*pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: dkatz@wc.com
phourihan@wc.com
blevene@wc.com
washworth@wc.com
jlund@wc.com

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg (SBN 123058)
John K. Rubiner (SBN 155208)
Nilay U. Vora (SBN 268339)

1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
E-mail: gsl@birdmarella.com
jkr@birdmarella.com
nuv@birdmarella.com

Attorneys for Defendant Office Depot, Inc.

## CERTIFICATE OF SERVICE

I certify that on November 7, 2013, I caused the foregoing document to be filed and served electronically through the CM/ECF system, and to be served via electronic mail, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), on the parties or counsel of record in this matter not designated to be served through the CM/ECF system, as set forth in the attached service list.

By: /s/ Elise Baumgarten

Williams & Connolly LLP

**SERVICE LIST**

| | |
|---|---|
| Mark Allen Kleiman<br>Law Offices of Mark Allen Kleiman<br>2907 Stanford Avenue<br>Venice, CA 90292<br>Telephone No.: (310) 306-8094<br>Facsimile No.: (310) 406-8491<br>Email: mkleiman@quitam.org | Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Los Angeles, Santa Maria, Shafter, and Woodland; Stanislaus County Office of Education, San Joaquin County Office of Education, Baldwin Park Unified School District, Elk Grove Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District; and for Qui Tam Plaintiff David Sherwin<br><br>*[service via CM/ECF]* |
| Altomease R. Kennedy<br>McKnight & Kennedy LLC<br>Lee Plaza, Suite 1010<br>8601 Georgia Avenue<br>Silver Spring, MD 20910<br>Telephone No.: (301) 565-5281<br>Facsimile: (301) 565-5285<br>Email:<br>akennedy@mcknightandkennedy.com | Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Los Angeles, Santa Maria, Shafter, and Woodland; Stanislaus County Office of Education, San Joaquin County Office of Education, Baldwin Park Unified School District, Elk Grove Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District; and for *Qui Tam* Plaintiff David Sherwin<br><br>*[service via CM/ECF]* |
| Danny Yeh Chou<br>Kavita Narayan<br>Office of the County Counsel<br>70 West Hedding Street, East Wing, 9th Floor | Attorneys for County of Santa Clara<br><br>*[service via CM/ECF and email]* |

| | |
|---|---|
| San Jose, CA 95110-1770<br>Telephone No.: (408) 299-5930<br>Facsimile No.: (408) 292-7240<br>Email: danny.chou@cco.sccgov.org<br>kavita.narayan@cco.sccgov.org | |
| Laurie Rittenberg<br>Managing Assistant City Attorney<br>Los Angeles City Attorney's Office<br>800 City Hall East<br>200 N. Main Street<br>Los Angeles, California 90012<br>Telephone No.: (213) 473-6848<br>Facsimile No.: (213) 473-6818<br>Email: Laurie.Rittenberg@lacity.org | Attorneys for City of Los Angeles<br><br>*[service via CM/ECF]* |
| G. Ross Trindle, III<br>Best Best & Krieger, LLP<br>300 South Grand Ave., 25th Floor<br>Los Angeles, CA 90071<br>Telephone No.: (213) 617-8100<br>Facsimile No.: (213) 617-7480<br>Email: Ross.Trindle@bbklaw.com | Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Shafter, and Woodland; and Elk Grove Unified School District.<br><br>*[service via CM/ECF]* |
| City of Santa Maria<br>Wendy Stockton<br>Telephone No.: (805) 925-0951<br>Facsimile No.: (805) 928-1275<br>Email:<br>wstockton@ci.santa-maria.ca.us | Attorney for City of Santa Maria<br><br>*[service via CM/ECF]* |
| Chesley D. Quaide<br>Atkinson, Andelson, Loya, Ruud & Romo<br>5075 Hopyard Road, Suite 210<br>Pleasanton, CA 94588<br>Telephone No.: (925) 227-9200<br>Facsimile No.: (925) 227-9202<br>Email: cquaide@aalrr.com | Attorneys for San Joaquin County Office of Education, Stanislaus County Office of Education, Stockton Unified School District, and Merced Union High School District<br><br>*[service via email]* |

| | |
|---|---|
| Eric R. Havian<br>Stephen Hasegawa<br>Edward H. Arens<br>Phillips & Cohen LLP<br>100 The Embarcadero, Suite 300<br>San Francisco, CA 94105<br>Telephone No.: (415) 836-9000<br>Facsimile No.: (415) 836-9001<br>Email: erh@pcsf.com<br>ssh@pcsf.com<br>eha@pcsf.com | Attorneys for the County of Santa Clara; the Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Los Angeles, Santa Maria, Shafter, and Woodland; Stanislaus County Office of Education, San Joaquin County Office of Education, Baldwin Park Unified School District, Elk Grove Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District; and for Qui Tam Plaintiff David Sherwin<br><br>*[service via CM/ECF]* |
| Robert J. Nelson<br>Lexi J. Hazam<br>Lin Y. Chan<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone No.:(415) 956-1000<br>Facsimile No.: (415) 956-1008<br>Email: rnelson@lchb.com<br>lhazam@lchb.com<br>lchan@lchb.com | Attorneys for the County of Santa Clara; the Cities of Azusa, Colton, Indian Wells, Los Angeles, and Santa Maria; Stanislaus County Office of Education, San Joaquin County Office of Education, Merced Union High School District, and Stockton Unified School District; and for Qui Tam Plaintiff David Sherwin<br><br>*[service via CM/ECF]* |
| Dean R. Derleth<br>City Attorney's Office<br>400 South Vicentia Avenue<br>Corona, CA 92882<br>Telephone No.: (951) 279-3525<br>Facsimile No.: (213) 617-7480<br>Email: dean.derleth@ci.corona.ca.us | Attorney for the City of Corona.<br><br>*[service via CM/ECF]* |