**ORIGINAL**

1  ERIC R. HAVIAN (SBN 102295)
   erh@pcsf.com
2  STEPHEN HASEGAWA (SBN 198472)
   ssh@pcsf.com
3  EDWARD H. ARENS (SBN 259155)
   eha@pcsf.com
4  PHILLIPS & COHEN LLP
   100 The Embarcadero, Suite 300
5  San Francisco, California 94105
   Tel: (415) 836-9000
6  Fax: (415) 836-9001

7  Attorneys for Plaintiffs

8  (ADDITIONAL APPEARANCES BELOW)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, *ex rel.* DAVID SHERWIN,<br><br>        Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>        Defendant. | Case No. 2:12-cv-09952-FMO(AJWx)<br>Hon. Fernando M. Olguin<br><br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL: (1) SUPPLEMENTAL BRIEF RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS (PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION); AND (2) SUPPLEMENTAL DECLARATION OF STEPHEN HASEGAWA IN SUPPORT THEREOF**<br><br>DISCOVERY MATTER<br>Courtroom: 690<br>Hon. Andrew J. Wistrich<br><br>Discovery Cut-Off: Jan. 24, 2013<br>Pretrial Conference: Sept. 5, 2014<br>Trial: Sept. 23, 2014 |

1  ROBERT J. NELSON (SBN 132797)
   rnelson@lchb.com
2  LEXI J. HAZAM (SBN 224457)
   lhazam@lchb.com
3  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
4  275 Battery Street, 29th Floor
   San Francisco, CA 94111
5  Tel.: (415) 956-1000
   Fax: (415) 956-1008
6
7  Attorneys for the County of Santa Clara; the
   Cities of Azusa, Colton, Indian Wells, Los
   Angeles, and Santa Maria; San Joaquin
8  County Office of Education, Stanislaus
   County Office of Education, Merced Union
9  High School District, and Stockton Unified
   School District; and for *Qui Tam* Plaintiff
10 David Sherwin

11 MARK ALLEN KLEIMAN (SBN 115919)
    mkleiman@quitam.org
12 LAW OFFICES OF MARK KLEIMAN
   2907 Stanford Avenue
13 Venice, California 90292
   Tel: (310) 306-8094
14 Fax: (310) 306-8491

15 ALTOMEASE R. KENNEDY (*Pro Hac
   Vice*)
16   akennedy@mcknightandkennedy.com
   MCKNIGHT & KENNEDY LLC
17 8601 Georgia Avenue, Suite 1010
   Silver Spring, Maryland 20901
18 Tel: (301) 565-5281
   Fax: (301) 565-5285.
19
   Attorneys for Cities of Azusa, Colton,
20 Corona, Davis, Fontana, Indian Wells, Los
   Angeles, Santa Maria, Shafter, and
21 Woodland; San Joaquin County Office of
   Education, Stanislaus County Office of
22 Education, Baldwin Park Unified School
   District, Elk Grove Unified School District,
23 Merced Union High School District,
   Monrovia Unified School District, Rowland
24 Unified School District, and Stockton Unified
   School District; and for *Qui Tam* Plaintiff
25 David Sherwin

26 CHESLEY D. QUAIDE (SBN 136238)
   cquaide@aalrr.com
27 ATKINSON, ANDELSON, LOYA, RUUD
   & ROMO, P.C.
28 5075 Hopyard Road, Suite 210
   Pleasanton, California 94588

| | |
|---|---|
| 1 | Tel: (925) 227-9200<br>Fax: (925) 227-9202 |
| 2 | |
| 3 | Attorneys for San Joaquin County Office of Education, Stanislaus County Office of Education, Stockton Unified School District, and Merced Union High School District |
| 4 | |
| 5 | GIL TRUJILLO (SBN 146686)<br>  City Attorney |
| 6 | WENDY STOCKTON (SBN 110017)<br>wstockton@ci.santa-maria.ca.us |
| 7 | Senior Assistant City Attorney/Utilities Counsel |
| 8 | City of Santa Maria<br>204 East Cook Street |
| 9 | Santa Maria, California 93454<br>Tel: (805) 925-0951 Ext. 310 |
| 10 | Fax: (805) 349-0657 |
| 11 | Attorneys for City of Santa Maria |
| 12 | |
| 13 | G. ROSS TRINDLE, III (SBN 228654)<br>  Ross.Trindle@bbklaw.com |
| 14 | RICHARD T. EGGER (SBN 162581)<br>  Richard.Egger@bbklaw.com |
| 15 | BEST BEST & KRIEGER LLP<br>300 South Grand Avenue |
| 16 | 25th Floor<br>Los Angeles, CA 90071 |
| 17 | Tel: (213) 617-8100<br>Fax: (213) 617-7480 |
| 18 | Attorneys for Cities of Azusa, Colton, Davis, Fontana, Indian Wells, Shafter, and |
| 19 | Woodland; and Elk Grove Unified School District |
| 20 | |
| 21 | JOHN D. HIGGINBOTHAM<br>  john.higginbotham@ci.corona.ca.us |
| 22 | DEAN DERLETH<br>  dean.derleth@ci.corona.ca.us |
| 23 | CITY ATTORNEY'S OFFICE<br>CITY OF CORONA |
| 24 | 400 South Vicentia Avenue<br>Corona, CA 92882 |
| 25 | Tel: (951) 279-3505<br>Fax: (951) 736-2493 |
| 26 | Attorneys for City of Corona |
| 27 | DANA J. MCCUNE (SBN 82525)<br>dmccune@mccuneharber.com |
| 28 | MCCUNE & HARBER LLP<br>515 South Figueroa Street, Suite 1150 |

1 | Los Angeles, CA 90071
Tel: (213) 689-2500
2 | Fax: (213) 689-2501

3 | Attorneys for Baldwin Park Unified School
District, Monrovia Unified School District,
4 | and Rowland Unified School District

5 | CARMEN A. TRUTANICH (SBN 86629)
  City Attorney
6 | GARY G. GEUSS (SBN 128022)
  Chief Assistant City Attorney
7 | LAURIE RITTENBERG (SBN 106683)
  Managing Assistant City Attorney
8 |   laurie.rittenberg@lacity.org
Los Angeles City Attorney's Office
9 | 200 North Main Street, 9th Floor
City Hall East, Room 916
10 | Los Angeles, CA 90012
Tel: (213) 473-6848
11 | Fax: (213) 473-6818

12 | Attorneys for the City of Los Angeles

13 | ORRY P. KORB (SBN 114399)
DANNY CHOU (SBN 180240)
14 |   Danny.Chou@cco.sccgov.org
GRETA S. HANSEN (SBN 251471)
15 |   Greta.Hansen@cco.sccgov.org
KAVITA NARAYAN (SBN 264191)
16 |   Kavita.Narayan@cco.sccgov.org
Office of the County Counsel
17 | County of Santa Clara
70 West Hedding Street, 9th Floor
18 | San Jose, California 95110
Tel: (408) 299-5930
19 | Fax: (408) 292-7240

20 | Attorneys for the County of Santa Clara

# NOTICE OF MOTION AND MOTION TO SEAL RECORDS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that *Qui Tam* Plaintiff David Sherwin and Plaintiff-Intervenors in the above-captioned case (collectively, Plaintiffs) hereby move the Court for an order permitting the filing of the following two documents under seal:

1. Plaintiffs' Supplemental Brief re Motion to Compel Production of Documents (Plaintiffs' Third Set of Requests for Production); and

2. Supplemental Declaration of Stephen Hasegawa in Support of Plaintiffs' Motion to Compel Production of Documents.

Pursuant to Local Rule 79-5.1, both documents are filed herewith in paper format.

The basis for this Motion is that the Supplemental Declaration of Stephen Hasegawa attaches certain material that has been designated "Confidential" and "Confidential – Attorneys' Eyes Only" pursuant to the Court's Order Regarding Motion for Protective Order Regarding Confidentiality (Doc. 126; the "Protective Order"), and the Supplemental Memorandum quotes from that material. Accordingly, pursuant to Paragraph 14 of the Protective Order, Plaintiffs are required to move to file the attached materials under seal. Pursuant to the Protective Order, Office Depot has seven (7) days to file a response to this Motion explaining the basis for the Confidentiality and Attorneys'-Eyes-Only designations.

Plaintiffs do not believe that there is any need or basis to file the documents under seal. The documents do not reflect any trade secrets or any current marketing plans and, like most of the thousands of documents that Office Depot has designated "Confidential" or "Attorneys' Eyes Only" in this case, do not warrant any protection at all.

Because this Application does not disclose the contents of any "Confidential" or "Attorneys' Eyes Only" material, this Application need not be filed under seal. This Application is filed in paper format pursuant to Local Rule 79-5 ("Applications

---

1 and proposed orders to seal or file in camera ... shall not be electronically filed but
2 shall be presented to the Clerk for filing in paper format, in the manner prescribed
3 by Local Rule 79-5").

Dated: December 30, 2013

By: /s/ Stephen Hasegawa

ERIC R. HAVIAN (SBN 102295)
 erh@pcsf.com
STEPHEN HASEGAWA (SBN 198472)
 ssh@pcsf.com
EDWARD H. ARENS (SBN 259155)
 eha@pcsf.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, California 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

Attorneys for the County of Santa Clara; the Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Los Angeles, Santa Maria, Shafter, and Woodland; San Joaquin County Office of Education, Stanislaus County Office of Education, Baldwin Park Unified School District, Elk Grove Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District; and for *Qui Tam* Plaintiff David Sherwin

ROBERT J. NELSON (SBN 132797)
rnelson@lchb.com
LEXI J. HAZAM (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: (415) 956-1000
Fax: (415) 956-1008

Attorneys for the County of Santa Clara; the Cities of Azusa, Colton, Indian Wells, Los Angeles, and Santa Maria; San Joaquin County Office of Education, Stanislaus County Office of Education, Merced Union High School District, and Stockton Unified

School District; and for *Qui Tam* Plaintiff David Sherwin

MARK ALLEN KLEIMAN (SBN 115919)
  mkleiman@quitam.org
LAW OFFICES OF MARK KLEIMAN
2907 Stanford Avenue
Venice, California 90292
Tel: (310) 306-8094
Fax: (310) 306-8491

ALTOMEASE R. KENNEDY (*Pro Hac Vice*)
  akennedy@mcknightandkennedy.com
MCKNIGHT & KENNEDY LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20901
Tel: (301) 565-5281
Fax: (301) 565-5285.

Attorneys for Cities of Azusa, Colton, Corona, Davis, Fontana, Indian Wells, Los Angeles, Santa Maria, Shafter, and Woodland; San Joaquin County Office of Education, Stanislaus County Office of Education, Baldwin Park Unified School District, Elk Grove Unified School District, Merced Union High School District, Monrovia Unified School District, Rowland Unified School District, and Stockton Unified School District; and for *Qui Tam* Plaintiff David Sherwin

CHESLEY D. QUAIDE (SBN 136238)
cquaide@aalrr.com
ATKINSON, ANDELSON, LOYA, RUUD & ROMO, P.C.
5075 Hopyard Road, Suite 210
Pleasanton, California 94588
Tel: (925) 227-9200
Fax: (925) 227-9202

Attorneys for San Joaquin County Office of Education, Stanislaus County Office of Education, Stockton Unified School District, and Merced Union High School District

GIL TRUJILLO (SBN 146686)
  City Attorney
WENDY STOCKTON (SBN 110017)
wstockton@ci.santa-maria.ca.us
Senior Assistant City Attorney/Utilities Counsel
City of Santa Maria
204 East Cook Street
Santa Maria, California 93454

| | |
|---|---|
| 1 | Tel: (805) 925-0951 Ext. 310 |
| 2 | Fax: (805) 349-0657 |
| 3 | Attorneys for City of Santa Maria |
| 4 | G. ROSS TRINDLE, III (SBN 228654) |
| | Ross.Trindle@bbklaw.com |
| 5 | RICHARD T. EGGER (SBN 162581) |
| | Richard.Egger@bbklaw.com |
| 6 | BEST BEST & KRIEGER LLP |
| | 300 South Grand Avenue |
| 7 | 25th Floor |
| | Los Angeles, CA 90071 |
| 8 | Tel: (213) 617-8100 |
| | Fax: (213) 617-7480 |
| 9 | |
| 10 | Attorneys for Cities of Azusa, Colton, Davis, Fontana, Indian Wells, Shafter, and Woodland; and Elk Grove Unified School |
| 11 | District |
| 12 | JOHN D. HIGGINBOTHAM |
| | john.higginbotham@ci.corona.ca.us |
| 13 | DEAN DERLETH |
| | dean.derleth@ci.corona.ca.us |
| 14 | CITY ATTORNEY'S OFFICE |
| | CITY OF CORONA |
| 15 | 400 South Vicentia Avenue |
| | Corona, CA 92882 |
| 16 | Tel: (951) 279-3505 |
| | Fax: (951) 736-2493 |
| 17 | |
| 18 | Attorneys for City of Corona |
| 19 | DANA J. MCCUNE (SBN 82525) |
| | dmccune@mccuneharber.com |
| | MCCUNE & HARBER LLP |
| 20 | 515 South Figueroa Street, Suite 1150 |
| | Los Angeles, CA 90071 |
| 21 | Tel: (213) 689-2500 |
| | Fax: (213) 689-2501 |
| 22 | |
| 23 | Attorneys for Baldwin Park Unified School District, Monrovia Unified School District, and Rowland Unified School District |
| 24 | |
| 25 | CARMEN A. TRUTANICH (SBN 86629) |
| | City Attorney |
| 26 | GARY G. GEUSS (SBN 128022) |
| | Chief Assistant City Attorney |
| 27 | LAURIE RITTENBERG (SBN 106683) |
| | Managing Assistant City Attorney |
| | laurie.rittenberg@lacity.org |
| 28 | Los Angeles City Attorney's Office |
| | 200 North Main Street, 9th Floor |

|  |  |
|---|---|
| 1 | City Hall East, Room 916 |
| 2 | Los Angeles, CA 90012<br>Tel: (213) 473-6848<br>Fax: (213) 473-6818 |
| 3 | Attorneys for the City of Los Angeles |
| 4 | |
| 5 | ORRY P. KORB (SBN 114399)<br>DANNY CHOU (SBN 180240)<br>  Danny.Chou@cco.sccgov.org |
| 6 | GRETA S. HANSEN (SBN 251471)<br>  Greta.Hansen@cco.sccgov.org |
| 7 | KAVITA NARAYAN (SBN 264191)<br>  Kavita.Narayan@cco.sccgov.org |
| 8 | Office of the County Counsel<br>County of Santa Clara |
| 9 | 70 West Hedding Street, 9th Floor<br>San Jose, California 95110 |
| 10 | Tel: (408) 299-5930<br>Fax: (408) 292-7240 |
| 11 | Attorneys for the County of Santa Clara |

{00055291; 1}

- 5 -

APPLICATION TO SEAL DOCUMENTS