BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LINCENBERG, P.C.
Gary S. Lincenberg - State Bar No. 123058
Peter J. Shakow - State Bar No. 198633
Nilay U. Vora - State Bar No. 268339
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: gsl@birdmarella.com
       pjs@birdmarella.com
       nuv@birdmarella.com

WILLIAMS & CONNOLLY LLP
Daniel F. Katz (pro hac vice)
Paul T. Hourihan (pro hac vice)
Beth A. Levene (pro hac vice)
William P. Ashworth (pro hac vice)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: dkatz@wc.com
       phourihan@wc.com
       blevene@wc.com
       washworth@wc.com

Attorneys for Defendant Office Depot, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JAN - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| State of California et al., ex rel. David Sherwin,<br><br>Plaintiff,<br><br>vs.<br><br>Office Depot, Inc.,<br><br>Defendant. | CASE NO. 2:12-cv-09952-FMO-AJW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL: (1) RESPONSE IN SUPPORT OF DEFENDANT'S APPLICATION TO FILE UNDER SEAL (DKT. 203); AND (2) DECLARATION OF JULI ANN LUND IN SUPPORT THEREOF<br><br>Hon. Andrew J. Wistrich<br><br>Discovery Cut-Off: Jan. 24, 2013<br>Pretrial Conference: Sept. 5, 2014<br>Trial: Sept. 23, 2014 |

3076744.1

[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL

**[PROPOSED] ORDER**

The Court, having considered defendant Office Depot, Inc.'s Application to File the Response In Support of Defendant's Application to File Under Seal and Declaration of Juli Ann Lund, and good cause appearing therefore, it is hereby ORDERED:

That Defendant's application is hereby GRANTED. Good cause appearing, the Declaration of Juli Ann Lund and exhibits thereto, concurrently lodged conditionally under seal, shall be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: January 8, 2014

By: _____
HON. ANDREW J. WISTRICH